1

**EXHIBITS TO DECLARATION OF CYNTHIA M. WILLIAMS**

2

3

| Exhibit | Description | Pages |
|---------|-------------|-------|
| A | Target Debit Card Agreement | 1-68 |

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A



GS8373 (R03/16)

9802000004031614

Please give
to applicant





# Important
# REDcard Agreement,
# Information and
# Program Rules

◀ **Español al dorso.**



**REDcard™:** Target Debit Card™, Target Credit Card™, and Target™ MasterCard®.
Subject to application approval (Target MasterCard not available to new applicants).
The REDcard credit cards (Target Credit Card and Target MasterCard) are issued by TD
Bank USA, N.A. The REDcard debit card is issued by Target Corporation. MasterCard
is a registered trademark of MasterCard International, Inc. Pat 7,562,048 and 8,117,118.
©2016 Target Brands, Inc. The Bullseye Design and Target are registered trademarks
of Target Brands, Inc. C-000048-03-004 GS8373(03/16)

## Table of Contents



### TARGET CREDIT CARD 1–15

Target Credit Card Account Information,
Agreement and Billing Rights Notice. . . . . 1–12

Target Credit Card Privacy Policy . . . . . . 13–15

### TARGET DEBIT CARD 16–25

Target Debit Card Agreement
and Error Resolution Notice . . . . . . . . . . 16–22

Target Debit Card Privacy Policy . . . . . . . 23–25

### PROGRAM RULES 26

## Target Credit Card™ Account Information, Agreement and Billing Rights Notice.

Target Credit Card Account Information,
Agreement and Billing Rights Notice. . . . . 1–12

Target Credit Card Privacy Policy . . . . . . 13–15

Open to read Important Credit Card Rate and Fee Information. ▶

*1*

## Important Credit Card Account Information

| Interest Rates and Interest Charges | |
| --- | --- |
| **Annual Percentage Rate (APR) for Purchases** | **23.15%**<br>This APR will vary with the market based on the Prime Rate.<br>If approved for an account, see the temporary credit card receipt for the current variable APR. |
| **How to Avoid Paying Interest** | Your due date is at least 25 days after the close of each billing cycle. We will not charge you interest on purchases if you pay your entire balance by the due date each month. |
| **Minimum Interest Charge** | If you are charged interest, the charge will be no less than $1.00. |
| **For Credit Card Tips from the Consumer Financial Protection Bureau** | **To learn more about factors to consider when applying for or using a credit card, visit the website of the Consumer Financial Protection Bureau at http://www.consumerfinance.gov/learnmore.** |

| Fees | |
| --- | --- |
| **Annual Fee** | **None** |
| **Penalty Fees**<br> • Late Payment<br><br> • Returned Payment | <br>Up to **$37**<br><br>Up to **$27** |

**How We Will Calculate Your Balance:** We use a method called "daily balance." See your account agreement for more details.

**Billing Rights:** Information on your rights to dispute transactions and how to exercise those rights is provided in your account agreement.

**We may change the terms, including your APR, at any time in accordance with the law.**

If you are approved for a new credit account, you must use your new credit account to receive the 5% REDcard discount.

By applying for a Target Credit Card, you agree that you are providing contact information from your application to TD Bank USA, N.A. and Target Corporation for their use, including marketing.

**Notice to New York Residents:** New York Residents may contact the New York State department of financial services by telephone or visit its website for free information on comparative credit rates, fees and grace periods.  New York State Department of Financial Services: 1-800-342-3736 or http://www.dfs.ny.gov

Exhibit A
p. 4

### Notice-Important Information About Procedures for Opening a New Account

To help the government fight the funding of terrorism and money laundering activities, Federal law requires all financial institutions to obtain, verify and record information that identifies each person who opens an account.

What this means for you: When you open an account, we will ask for your name, address, date of birth, telephone number, Social Security number and other information that will allow us to identify you. We may also ask for your driver's license or other identifying documents.

### Information About Applying for a Credit Card

When you sign or otherwise submit a credit application, you are providing your consent and authorizing TD Bank USA, N.A. and its successors, assigns, employees and designated agents to gather credit, salary, employment and other information about you, including credit bureau reports, for purposes of evaluating your application for credit. If your application is approved and credit is extended to you, we may take steps to re-verify any or all of such information from time to time, including by obtaining additional credit bureau reports, for any legitimate purpose in connection with such extension of credit, such as for the purpose of reviewing the account, increasing the credit line on the account, or for collecting on the account. In addition, we will furnish information concerning your account to consumer reporting agencies and others who may properly receive that information. If you ask, you will be informed whether or not a consumer report was requested, and if a report was requested, you will be informed upon request of the name and address of the consumer reporting agency that furnished the report. When you submit a credit application to us, you are certifying that you have not concealed essential information for determining your identity and creditworthiness, and that no misrepresentations have been made on the application. If approved, you agree to abide by the terms and conditions applicable to the account.

*Credit*

*3*

**Information for Residents of Specific States**

**Notice to California Residents:**
Married applicants may apply for separate accounts.

**Notice to Delaware Residents:**
Service charges not in excess of those permitted by law will be charged on the outstanding balances from month to month.

**Notice to Ohio Residents**
The Ohio Laws against discrimination require that all creditors make credit equally available to all credit-worthy customers, and that credit reporting agencies maintain separate credit histories on each individual upon request. The Ohio Civil Rights Commission administers compliance with this law.

**Notice to Married Wisconsin Residents**
No provision of any marital property agreement, unilateral statement under Section 766.59 of the Wisconsin statutes or court decree under Section 766.70, adversely affects the interest of the creditor, TD Bank USA, N.A., unless the Bank, prior to the time of the credit is granted, is furnished a copy of the agreement, statement or decree, or has actual knowledge of the adverse provision when the obligation to the creditor is incurred. IF I AM A MARRIED RESIDENT, CREDIT EXTENDED UNDER THIS ACCOUNT WILL BE INCURRED IN THE INTEREST OF MY MARRIAGE OR FAMILY. Married applicants must provide their Social Security number and address and their spouse's name and address to Target Card Services, P.O. Box 673, Minneapolis, MN 55440.

*4*



# TARGET CREDIT CARD™ AGREEMENT

This Agreement explains the terms that you agree to follow for your Target Credit Card Account ("Account"). Your signature on your application or solicitation for this Account, including without limitation any electronic or digital signature, as well as your signature on sales slips or any Account-related document, represents your signature on this Agreement. The card carrier that accompanied your Target Credit Card is part of this Agreement. In this Agreement "we," "us," "our" and "TD Bank" mean TD Bank USA, N.A., a national bank with its main office located in Delaware, and its successors and assigns, which is the issuer of the Target Credit Card. "You" and "your" mean everyone who is liable for payment on this Account. "Card" refers to your Target Credit Card. "Target" means Target Corporation and its affiliates. "PIN" refers to the personal identification number associated with your Card and any other personal identification number you use to authorize a purchase using the Card, including any PIN or password that you use to access any mobile wallet where you store your Card number. You understand that TD Bank USA, N.A. is the issuer and Target has the right to service accounts and collect on TD Bank's behalf.

1. **USE OF YOUR ACCOUNT** — When you apply for an Account, you promise to be bound by the terms of this Agreement. You promise to pay us for all credit extended under this Agreement and all other amounts you owe to us according to the terms of this Agreement. If the Account is a joint Account, each of you is bound by this Agreement and each of you jointly and individually promises to pay us, and may be held liable for, all amounts owed to us on your Account. You also promise to pay us for charges incurred by anyone you allow to use your Account. If you give your Card to someone and authorize their use of the Card, you must regain possession to terminate their authorized use. This Account may be used only for personal, family or household purposes. You agree that you will not use or allow use of your Card or Account for any illegal transaction or purpose.

   You may only use your Card to make purchases of goods and services ("Purchase(s)") at Target stores located in the United States and from the Target.com website. You may be required to enter your PIN to complete a transaction.  You will safeguard your Card and all PINs to prevent unauthorized use.

2. **CREDIT LIMIT** — You agree that we may establish a credit limit for your Account ("Credit Limit"). You agree that we may change a Credit Limit at any time for any reason not prohibited by law, including, but not limited to, changes in your credit capacity, your pattern of payments to us, or your purchasing behavior. We may also change a Credit Limit based on any information provided to us by a consumer reporting agency, including your risk score at the consumer reporting agency or information about credit accounts you have with other companies. We may, but are not required to, approve transactions that exceed your Credit Limit without liability to you and without obligating us to do so in the future. You agree to prevent your Account balance from exceeding the Credit Limit.

3. **SPECIAL PROMOTIONS** — Occasionally, you may be provided the opportunity to use your Card or Account in connection with special promotions. These promotions may be subject to terms and conditions in addition to or different from those provided in this Agreement, which will

Exhibit A
p. 7

be described in the special promotion offer. Unless otherwise stated, however, all terms of this Agreement shall apply to any special promotion.

4. **PAYMENTS** — We will send you a billing statement each month that your Account has a balance. Your billing statement will show the amount you owe us, which is called the New Balance, and the smallest amount you have agreed to pay us for that billing period, which is called the Minimum Payment Due. If any portion of the New Balance is delinquent, the statement will show the Amount Past Due. The statement will also tell you the Payment Due Date.

The Minimum Payment Due each month will equal the greater of a) $27.00; or b) the sum of the following: 1% of your New Balance (rounded to the next higher whole dollar amount), any Interest Charges, any Returned Payment Fees, and any Late Payment Fees. We may round your Minimum Payment Due to the next higher whole dollar amount. If there is an Amount Past Due, we will also add that amount and include it in your Minimum Payment Due. If your New Balance is less than $27.00, the Minimum Payment Due will be the entire New Balance. Your minimum payments will be allocated in our discretion. Payments in excess of the minimum payment will be allocated in accordance with applicable law.

You agree to pay us in United States dollars. If you pay by check, your check must be drawn on a depository institution located in the United States. If you do not pay the New Balance in full, you agree to pay by your Payment Due Date at least the Minimum Payment Due. You may, at any time, pay the total amount owing on your Account. Payments are posted to your Account in a timely manner as required by law. However, we may delay restoring your available Credit Limit in the amount of the payment to make sure we receive the funds.

At our option, we may obtain payment for any check or other instrument that you send to us by initiating an electronic (including Automated Clearing House) transfer from your depository institution account in the amount of your check or instrument. Your check or instrument will not be returned to you by us or by your depository institution. Your depository institution account may be debited as early as the same day we receive your payment. If we cannot process the electronic transfer or if the electronic transfer is returned to us, we may present the original check or other instrument, a substitute check, draft or similar instrument to obtain payment.

5. **UNAUTHORIZED USE** — If you notice the loss or theft of your Card or PIN, or possible unauthorized use of your Card or PIN, you should write to us immediately at

Target Card Services
P.O. Box 1581
Minneapolis, MN 55440-1581

Or call us at: 1-800-659-2396

If you notify us by telephone, you agree to confirm your notification in writing. You are not liable for unauthorized use of the Account. You agree to assist us in determining the facts relating to any theft or possible unauthorized use of your Account and to comply with the procedures we may require for our investigation. All Cards are issued by us to you, and you must return or destroy your Card if we request you to do so.

6. **CREDIT AUTHORIZATIONS** — Some transactions will require our prior authorization, and you may be asked to provide identification. If our authorization system is not working, we may not be able to authorize a transaction. We will not be liable to you if any of these events happen or for

any failure to authorize a transaction. We are also not responsible for the refusal of anyone to accept your Card.

7. **Interest CHARGES** —

- ANNUAL PERCENTAGE RATE — Your Annual Percentage Rate and corresponding Daily Periodic Rate may vary with changes in the Prime Rate. If you received a temporary card for your Account, the Annual Percentage Rate and the Daily Periodic Rate applicable to your Account are noted on it. The temporary card is a part of this Agreement. The card carrier sent with your Card also tells you the Annual Percentage Rate and Daily Periodic Rate applicable to your Account and is a part of this Agreement. If the Prime Rate changes, the Annual Percentage Rate shown on the card carrier and your billing statement may be different than those disclosed on your temporary card.

  The Annual Percentage Rate ("APR") and corresponding Daily Periodic Rate ("DPR") will be determined by adding a margin to the Prime Rate. The "Prime Rate" means the highest U.S. Prime Rate published in the "Money Rates" section of *The Wall Street Journal*. For each billing period we look at the Prime Rate on the last business day of the previous calendar month. Any change in the APR and corresponding DPR will take effect on the first day of the billing period. Your rate may increase when the Prime Rate increases. If the APR and corresponding DPR increase, the Minimum Payment Due and the amount of Interest Charges on your Account may also increase.

- PURCHASES — The APR for Purchases is determined by adding to the Prime Rate a margin of 19.65%. Please see your temporary card for the purchase APR and corresponding DPR that currently apply to billing periods ending this month.

- BALANCE COMPUTATION AND PAYING INTEREST CHARGES — We calculate a Daily Balance for your Account. We may maintain separate balances for your Purchases and special promotional Purchase balances (each, a "Balance Type") and calculate a Daily Balance for each. To determine the Daily Balance for a Balance Type, each day we take the beginning balance for the Balance Type, add any new charges included in that Balance Type, and subtract any payments and credits applied to that Balance Type. We then multiply the resulting balance by the applicable Daily Periodic Rate. The resulting daily Interest Charge is included in the beginning balance of that Balance Type for the next day. Purchases are included in the Daily Balance as of the later of the transaction date or the first day of the billing period in which the Purchase is posted to the Account. Fees are included in the Daily Balance of Purchases when posted to the Account.

  We figure the Interest Charge on your Account for each Balance Type by multiplying your Daily Balance of each Balance Type by the applicable Daily Periodic rate for each day in the billing cycle. At the end of the billing period, we will add up the daily Interest Charges on all Balance Types for each day in the billing period to get the total Interest Charge for the billing period.

  Interest Charges begin to accrue on Purchases as of the day the Purchase is included in the Daily Balance. However, if you paid the New Balance that was shown on your previous billing statement by the Payment Due Date on that statement, then (1) we will not impose Interest Charges on Purchases during your current billing period if

*Credit*

you pay the New Balance shown on your current billing statement by the Payment Due Date on that statement, and (2) we will credit any payment (to the extent the payment is applied toward Purchases) as of the first day in your current billing period if you make a payment by the Payment Due Date that is less than the current billing period's New Balance.

If a New Balance was shown on your previous billing statement and you did not pay the New Balance by the Payment Due Date on that statement, then we will not impose Interest Charges on any Purchases during the current billing period if you pay the New Balance shown on your current billing statement by the Payment Due Date on that statement.

<u>Please note that if your Account has a promotional balance, this may impact how we are required to apply your payments and whether you can take advantage of these terms regarding Interest Charges on Purchases.</u>

MINIMUM CHARGE FOR BILLING PERIOD — For any billing period in which an Interest Charge is imposed on your Account, there is a minimum interest charge of $1.00.

8. **FEES** — The following fees may be assessed on your Account.

   • LATE PAYMENT FEE — You will pay a Late Payment Fee of $27.00 when any amount due remains unpaid after your Payment Due Date. Any subsequent Late Payment Fees will be $37.00 until you make your required Minimum Payment Due by the Payment Due Date for six consecutive billing periods. In any event, the Late Payment Fee will not be greater than your Minimum Payment Due for the billing period for which your payment was late.

   • RETURNED PAYMENT FEE — You will pay $27.00 each time any check or other payment order (including an electronic payment) is not honored by a depository institution. In any event, the Returned Payment Fee will not be greater than the Minimum Payment Due that was due immediately prior to the date on which the payment was returned to us.

   • EXPEDITED DELIVERY FEE — At your request, we will expedite the delivery of an additional or replacement Card for your Account. You may be required to reimburse us up to $25.00 for delivery and other charges imposed on us by third parties for this expedited service.

   • DOCUMENTATION REPRODUCTION FEE — You may be charged $2.00 for each duplicate Account document we reproduce for you at your request, in accordance with applicable law. We will not charge you for duplicate documents we reproduce for you in connection with a billing error notice or if our investigation indicates a billing error occurred.

9. **ACCORD AND SATISFACTION** — We may accept letters, checks or other types of payments showing "payment in full" or using other language to indicate satisfaction of your debt ("Disputed Amounts") without waiving any of our rights to receive full payment under the terms of this Agreement. You agree to send any Disputed Amounts to the address for billing inquiries shown on your billing statement.

10. **CONSUMER REPORT USE AND FURNISHING INFORMATION** — We may check information about you, your credit history, or your salary and employment with consumer reporting agencies, including credit bureaus, or others. We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report. We may also report information about you, your Account, and our experiences with you to consumer reporting agencies, to credit bureaus, to other companies that are affiliated with us or to others as allowed by law

Exhibit A
p. 10

and our privacy policy. If you do not fulfill the terms of this Agreement, we may submit a negative report reflecting on your credit record to one or more consumer reporting agencies. If you believe we have reported inaccurate information about your Account to a consumer reporting agency, you should notify us by sending your Account number and a description of the information you believe to be inaccurate, along with any documentation supporting the inaccuracy, such as your credit report, to Target Card Services, P.O. Box 673, Minneapolis, MN 55440-0673.

11. **DEFAULT/TERMINATION OF CREDIT PRIVILEGES** — Subject to applicable law, you will be in default under this Agreement if you violate any term of this Agreement, fail to make the Minimum Payment Due by the Payment Due Date, or become the subject of bankruptcy or insolvency proceedings. Upon default or death, subject to applicable law, we may, in our sole discretion: (a) reduce your Credit Limit; (b) terminate the Account, at which time the terms of this Agreement will continue until we have been paid in full; (c) require immediate payment of the total balance on your Account including all related fees and charges described in this Agreement; (d) bring a legal action against you to collect money owed to us; (e) terminate any special promotional credit terms; or (f) take any other action permitted by applicable law. If we refer your Account to an attorney for collection, you must pay to us all costs and expenses of collection, including attorneys' fees and court costs, to the extent not prohibited by law. Even if you are not in default, we reserve the right to terminate your privileges to obtain credit on the Account at any time. **Upon any termination of this Agreement by you or us, you will continue to be obligated to pay all amounts owing under this Agreement, and to otherwise perform the terms and conditions of this Agreement.**

12. **COMMUNICATIONS WITH YOU** — We or our agents may call or text by telephone regarding your Account. You agree that we may place such calls or texts using an automatic dialing/announcing device. You agree that we may make such calls or texts to a mobile telephone or other similar device. You agree that we may, for training purposes or to evaluate the quality of our service, listen to and record phone conversations you have with us.

13. **WHAT LAW APPLIES** — **Applicable federal law and the substantive laws of the State of Delaware (to the extent not preempted by federal law) without regard to the principles of conflicts of law or choice of law shall govern this Agreement. To the extent any court determines that this Agreement is subject to Maryland law concerning credit, you and TD Bank agree that your Account is governed by Title 12, Subtitle 9 of the Commercial Law Article of the Annotated Code of Maryland, except as preempted by federal law.** If there is any conflict between any of the terms and conditions of this Agreement and applicable federal or state law, this Agreement will be considered changed to the extent necessary to comply with the law.

14. **CHANGE OF PERSONAL INFORMATION** — You agree to tell us right away of any change in your name, address or telephone numbers.

15. **ASSIGNMENT OF ACCOUNT** — We may sell, assign or transfer your Account or any receivables created under your Account without notice to you. We will record any transfer in the book entry system maintained by us for the benefit of you. You may not sell, assign or transfer your Account without first obtaining our written consent.

*Credit*

*9*

16. **NO WAIVER** — We may waive or delay enforcing any of our rights under this Agreement or under applicable law without losing any of those rights or remedies. Even if we do not enforce our rights or remedies at any one time, we may enforce them at a later time.

17. **CHANGES TO THIS AGREEMENT** — We have the right to change this Agreement (including the right to add additional terms) and to apply those changes to any existing balance on the Account as permitted by law. We will provide you with notice of any such changes as required by applicable law.

18. **NO SECURITY** — Your Account is unsecured. We are not taking a security interest in any property in connection with your Account.

19. **EVIDENCE** — You agree that we may use a copy, microfilm, microfiche or digital image of any periodic statement or other document to prove what you owe us and that the copy, microfilm, microfiche or digital image will have the same validity as the original.

20. **CAPTIONS AND INTERPRETATIONS** — The captions used in this Agreement are for convenience only. They do not affect the meaning of the paragraphs in this Agreement.

21. **SEVERABILITY** — If any part of this Agreement is held to be invalid, the rest will remain in effect.

22. **ENTIRE AGREEMENT** — You agree that this Agreement (as amended and supplemented from time to time) and the application constitute the final expression of the Agreement between you and us and that this Agreement may not be contradicted by evidence of any prior or contemporaneous or subsequent oral agreement between a representative of ours or a Target employee. Neither a Target store nor Target store employee has authority to change, add to, or explain the terms of this Agreement, except as expressly provided in this agreement.

**You may at any time pay the unpaid balance of the account in whole or in part without incurring any additional charge for prepayment.**

NOTICE TO CALIFORNIA RESIDENTS — Interest is compounded under the terms of this Agreement.

NOTICE TO NEW JERSEY RESIDENTS — Because certain provisions of this Agreement are subject to applicable laws, they may be void, unenforceable or inapplicable in some jurisdictions. None of these provisions, however, is void, unenforceable or inapplicable in New Jersey.

NOTICE TO WISCONSIN RESIDENTS — If you do not pay on time on two occasions within any 12-month period, we can declare the entire New Balance due and payable after we have given you proper written notice and you have failed to cure the default within fifteen (15) days notice; however, a right to cure does not exist if two defaults have been cured within the preceding twelve (12) months.



# YOUR BILLING RIGHTS
## Keep this Document for Future Use

**Credit**

**This notice tells you about your rights and our responsibilities under the Fair Credit Billing Act.**

### What To Do If You Find A Mistake On Your Statement

If you think there is an error on your statement, write to us at:

TD Bank USA, N.A.
c/o Target Card Services
P.O. Box 9500
Minneapolis, MN 55440

In your letter, give us the following information:
- *Account information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us:
- Within 60 days after the error appeared on your statement.
- At least 3 business days before an automated payment is scheduled, if you want to stop payment on the amount you think is wrong.

You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

### What Will Happen After We Receive Your Letter

**When we receive your letter, we must do two things:**

1. Within 30 days of receiving your letter, we must tell you that we received your letter. We will also tell you if we have already corrected the error.
2. Within 90 days of receiving your letter, we must either correct the error or explain to you why we believe the bill is correct.

**While we investigate whether or not there has been an error:**

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**After we finish our investigation, one of two things will happen:**

- <u>If we made a mistake:</u> You will not have to pay the amount in question or any interest or other fees related to that amount.
- <u>If we do not believe there was a mistake:</u> You will have to pay the amount in question, along with applicable interest and fees. We will send you a statement of the amount you owe and the date payment is due. We may then report you as delinquent if you do not pay the amount we think you owe.

If you receive our explanation but still believe your bill is wrong, you must write to us within *10 days* telling us that you still refuse to pay. If you do so, we cannot report you as delinquent without also reporting that you are

*11*

Exhibit A
p. 13

questioning your bill. We must tell you the name of anyone to whom we reported you as delinquent, and we must let those organizations know when the matter has been settled between us.

If we do not follow all of the rules above, you do not have to pay the first $50 of the amount you question, even if your bill is correct.

### Your Rights if You Are Dissatisfied With Your Credit Card Purchases

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement Target mailed to you, or if Target or Target.com sold you the goods or services.)

2. You must have used your credit card for the purchase.

3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us *in writing* at:

Target Card Services
P.O. Box 1581
Minneapolis, MN 55440-1581

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay, we may report you as delinquent.

*12*



# TD BANK PRIVACY POLICY FOR TARGET CREDIT CARD

Rev. 3/16

**TD BANK PRIVACY POLICY FOR TARGET CREDIT CARD**

| FACTS | **WHAT DOES TD BANK USA, N.A. ("TD BANK") DO WITH YOUR PERSONAL INFORMATION AS AN APPLICANT FOR OR HOLDER OF THE TARGET CREDIT CARD?** |
|---|---|
| **Why?** | Financial companies choose how they share your personal information. Federal law gives consumers the right to limit some but not all sharing. Federal law also requires us to tell you how we collect, share, and protect your personal information. Please read this notice carefully to understand what we do. |
| **What?** | The types of personal information we collect and share depend on the product or service you have with us. This information can include:<br><br>- Social Security number and income<br>- account balances and payment history<br>- credit history and credit scores<br>- account transactions |
| **How?** | All financial companies need to share customers' personal information to run their everyday business. In the section below, we list the reasons financial companies can share their customers' personal information; the reasons TD Bank chooses to share; and whether you can limit this sharing. |

Exhibit A
p. 16

| Reasons we can share your personal information | Does TD Bank share? | Can you limit this sharing? |
|---|---|---|
| **For our everyday business purposes—** such as to process your transactions, maintain your account(s), respond to court orders and legal investigations, or report to credit bureaus | Yes | No |
| **For our marketing purposes—** to offer our products and services to you | Yes | No |
| **For joint marketing with other financial companies** | Yes | No |
| **For our affiliates' everyday business purposes—** information about your transactions and experiences | Yes | No |
| **For our affiliates' everyday business purposes—** information about your creditworthiness | No | We don't share unless you provide consent |
| **For our affiliates to market to you** | No | We don't share unless you provide consent |
| **For non-affiliates, other than Target and its affiliates, to market to you** | Yes | Yes |
| **For Target and its affiliates to market to you. Note:** Target is a non-affiliate of TD Bank. | Yes | Yes* |

| To limit our sharing | Call toll-free at 1-800-462-8731. Our menu will prompt you through your choice(s). Or mail the form below if you do not want TD Bank to share your personal information with (1) non-affiliates, other than Target and its affiliates, to market to you, or (2) Target and its affiliates to market to you*.<br><br>**Please note:**<br><br>If you are a new customer, we may begin sharing your information 40 days from the date we send this notice. When you are no longer our customer, we can continue to share your information as described in this notice.<br><br>However, you can contact us at any time to limit our sharing.<br><br>*Please remember that as permitted by law, we share information about you with Target in connection with maintaining and servicing your account.  Federal law does not give you the right to limit such sharing. |
|---|---|
| **Questions?** | Call toll-free at 1 (800) 659-2396. |

*See reverse for continuation of the Target Credit Card Privacy Policy*

14

*Target Credit Card Privacy Policy continued*

⊙ TARGET® CREDIT CARD PRIVACY POLICY

| Who we are | |
|---|---|
| Who is providing this notice? | This notice is provided by TD Bank solely with respect to your Target Card. This notice applies only to your Target Card account issued by TD Bank and does not apply to any other accounts you have with TD Bank or its affiliates. |
| **What we do** | |
| How does TD Bank protect my personal information? | To protect your personal information from unauthorized access and use, we use security measures that comply with federal law. These measures include computer safeguards and secured files and buildings. |
| How does TD Bank collect my personal information? | We collect your personal information, for example, when you:<br>- open an account or give us your contact information<br>- use your credit card<br>- provide account information<br>- pay us by check<br>We also collect your personal information from others, such as credit bureaus, affiliates, or other companies. |
| Why can't I limit all sharing? | Federal law gives you the right to limit only:<br>- sharing for affiliates' everyday business purposes—information about your creditworthiness<br>  • *TD Bank does not share this type of information with its affiliates unless you provide consent*<br>- affiliates from using your information to market to you<br>  • *TD Bank does not share information for its affiliates to market to you unless you provide consent*<br>- sharing for non-affiliates to market to you<br>State laws and individual companies may give you additional rights to limit sharing. See below for more on your rights under state law. |
| What happens when I limit sharing for an account I hold jointly with someone else? | Your choices will apply to everyone on your account. |
| **Definitions** | |
| Affiliates | Companies related by common ownership or control. They can be financial and nonfinancial companies.<br>- *TD Bank's affiliates include those companies that control, are controlled by or are under common control with TD Bank US Holding Company or The Toronto-Dominion Bank.*<br>- *Target's affiliates include those companies that control, are controlled by or are under common control with Target Corporation.* |

| Non-affiliates | Companies not related by common ownership or control. They can be financial and nonfinancial companies. |
| | *- Non-affiliates we share with may include vendors of products and services that you have purchased, or that we believe will be of interest to you, financial service providers or non-profit organizations.* |
| | *- For example, Target is a non-affiliate of TD Bank.* |
| Joint marketing | A formal agreement between nonaffiliated financial companies that together market financial products or services to you. |
| | *- Our joint marketing partners may include other banks, investment firms or insurance companies.* |

**Other important information**

**California and Vermont Residents:** We only share information with third parties as permitted by your state's law.

*15*



# Target Debit Card™ Agreement and Error Resolution Notice

Target Debit Card Agreement
and Error Resolution Notice . . . . . . . . . . 16–22

Target Debit Card Privacy Policy . . . . . . . 23–25



# TARGET DEBIT CARD AGREEMENT

This Agreement explains how your Target Debit Card ("Card") will work. It also explains the terms that both you and we agree to follow with respect to this Card. In this Agreement "we," "us," and "our" mean Target Corporation. "You" and "your" mean everyone who is liable for purchases made using this Card. By your use of this Card, you agree to the terms of this Agreement. This Card may be used only for personal, family or household purposes.

1. **YOUR PAYMENT AGREEMENT** — By using your Card, you authorize us to initiate an electronic fund transfer ("EFT") for the full amount of the transaction and any related fees from your designated deposit account at another financial institution ("Deposit Account"). You represent and warrant to us that you are an owner of your Deposit Account and you are authorized to make EFTs to and from your Deposit Account. You also represent and warrant to us that your Deposit Account is held at a bank located in the United States. If you have designated an Authorized User to us, you agree to be individually responsible for all EFTs made by your Authorized User. You also authorize and agree to pay for all EFTs made by anyone you allow to use the Card.

In this Agreement, "PIN" refers to the personal identification number associated with your Card and any other personal identification number you use to authorize a purchase using the Target Debit Card, including any PIN or password that you use to access any mobile wallet where you store your Target Debit Card number. You agree that you understand the nature and importance of your Card and you will safeguard your Card and all PINs to prevent against unauthorized use. There may be circumstances when we will not require you to enter your Target Debit Card PIN to make a purchase if you authorize the purchase using another method. For example, we may not require you to enter your Target Debit Card PIN if you have already provided a separate PIN to access your Card in a mobile wallet that we accept. Even if you do not enter your Target Debit Card PIN to make a purchase, you still authorize any such EFT and the terms and conditions of this Agreement apply to any such EFT. You agree that any EFT may occur several business days after your transaction(s) have occurred and after the date shown on your transaction receipt(s).

This Card is issued by Target Corporation. It is not issued by the financial institution that maintains the deposit account that you have linked to your Card ("Depository Bank"). The terms, benefits, and protections associated with your Card may vary from those that apply to a debit card issued by your Depository Bank. For example, if you use this Card to make a purchase that exceeds the balance in the deposit account that you linked to this Card, that account may become overdrawn even if you chose not to allow overdrafts with respect to a debit card issued by your Depository Bank, and you may incur associated overdraft fees. Similarly, the liability limits applicable to this Card may be different from those applicable to a debit card issued by your Depository Bank. You agree that you will not use your Card to make purchases for amounts in excess of available funds you have in your Deposit Account as determined by your Depository Bank as of the date the Depository Bank processes the EFT. We may resubmit an EFT one or more times if the Depository Bank has not sent funds equal to the total previously requested EFT amount. Your authorization will remain in effect until we have received notification from you of your termination in such time and in such manner as to afford us and the financial institution that holds

**Debit**

your Deposit Account to act on it. You may revoke your authorization and close your Card by calling us toll free at (888) 729-7331, or write: Target Corporation, c/o Financial and Retail Services, P.O. Box 9491, Minneapolis, MN, 55440.

2. **ELECTRONIC FUNDS TRANSFER TYPES** — You may only use your Card to pay for goods and services at participating Target retail stores in the United States and at the Target.com website. You may not be able to use the Target Debit Card at the mobile Target.com website. We may provide you the opportunity to use your Card to make purchases of goods or services at affiliates or designated third parties that have special relationships with Target or Target.com. These offers to use your Card at affiliates of Target or designated third parties may be for a limited time only. These offers may be subject to terms and conditions in addition to or different from those provided in this Agreement, which will be described in the offer. Unless otherwise expressly stated in such offers, the terms of this Agreement shall apply to any offer.

You must present your Card and enter your PIN if you wish to use your Card to pay for goods or services at Target retail stores. At the Target.com website you must enter your Card number and your PIN if you wish to pay for goods or services with your Card. If you make an exchange of an item previously purchased using your Card for another item in accordance with our merchandise exchange policy, any difference in price will be credited by EFT to, or transferred by EFT from, your Deposit Account as applicable. If you return an item previously purchased using your Card in accordance with our merchandise return policy, the amount of the return will be credited by EFT to your Deposit Account.

3. **ELECTRONIC FUNDS TRANSFER LIMITATIONS** — When you use your Card, you will be limited by the amount of funds in your Deposit Account and any available overdraft line of credit that you may have in connection with your Deposit Account (if applicable), as of the date the Depository Bank receives and processes an EFT. For your security and fraud protection there are limits on the total dollar amount of purchases you may make with the card, and there are daily limit triggers on the number of times the card can be used. You agree that the dollar amount limitation on your Card may be less than the dollar amount of available funds in your Deposit Account and that such dollar amount and transaction limitations may change from time to time without any notice to you. You cannot use your Card at an automated teller machine or at non-participating retail stores or anywhere outside the United States. You cannot use your Card to make payment on any credit card accounts issued by us or any Target-branded credit card account, whether the credit card is issued by us, our affiliates or our financial institution partner. We may provide you the opportunity to use your Card to authorize recurring preauthorized EFTs from your Deposit Account. If you use your Card to authorize a recurring preauthorized EFT, that authorization will remain in effect until you notify us to stop payment. To stop payment, you must contact us at least three business days before the scheduled date of the next transfer. To stop payment, contact us by calling (888) 729-7331 or write: Target Corporation, P.O. Box 9491, Minneapolis, MN 55440.

4. **UNPAID EFTS** — The Depository Bank may return as unpaid an EFT if, for example, your Deposit Account does not have sufficient available funds in it to cover the full amount of the EFT, or your Deposit Account is closed, or for other reasons. Additionally, if you receive a credit to your Deposit Account from us due to a suspected EFT error, and we later determine there was no error, we may deem such EFT as unpaid. In the event an EFT is returned or deemed unpaid, the funds owed to us will become immediately due and payable to us. You agree to pay in United States dollars the full amount of the unpaid EFT and any applicable Returned Payment Fees. You also agree

that we may suspend use of your Card until we receive payment in full of all amounts due and payable to us. If we determine you have too many EFTs that are returned as unpaid, we may terminate your Card, even if you pay the unpaid EFTs. At our option, we may obtain payment for any check or other instrument that you send to us by initiating an electronic (including Automated Clearing House) transfer from your bank account in the amount of your check or instrument. Your check or instrument will not be returned to you by us or by your bank. Your bank account may be debited as early as the same day we receive your payment. If we cannot process the electronic transfer or if the electronic transfer is returned to us, we may present the original check or other instrument, a substitute check, draft or similar instrument to obtain payment.

5. **UNAUTHORIZED EFTS** — You will tell us AT ONCE if you believe your Card, Card number, or PIN has been lost or stolen. Telephoning us is the best way of keeping your possible losses down. You could lose all the money in your Deposit Account (plus your maximum overdraft line of credit) that can be accessed by the Card. You agree to assist us in determining the facts relating to any theft or possible unauthorized use of your Card, Card number, or PIN and to comply with the procedures we may require for our investigation.

You will not be held responsible for unauthorized use of your Card, Card number, or PIN if you have exercised reasonable care in safeguarding your Card, Card number, and PIN from loss or theft. If you did not exercise such reasonable care, the following liability limitations for unauthorized use apply:

If you tell us within four business days after you learn of the loss or theft of your Card, Card number, or PIN, you can lose no more than $50 if someone used your Card, Card number, or PIN without your permission.

If you do NOT tell us within four business days after you learn of the loss or theft of your Card, Card number, or PIN, and we can prove that we could have stopped someone from using your Card, Card number, or PIN without your permission if you had told us, you could lose as much as $500.

Also, if your statement from the Depository Bank shows EFTs that you did not make, you must tell us at once. If you do not tell us within 90 days after the statement was mailed to you, you may not get back any money you lost after the 90 days if we can prove that we could have stopped someone from taking the money if you had told us in time. If a good reason (such as a long trip or a hospital stay) kept you from telling us, we will extend the time periods.

If you believe your Card, Card number, or PIN has been lost or stolen call us toll free at (888) 729-7331, or write: Target Corporation, c/o Financial and Retail Services, P.O. Box 9491, Minneapolis, MN, 55440.

6. **RETURNED PAYMENT FEE** — If the Depository Bank returns an EFT unpaid for any reason, you agree to pay a "Returned Payment Fee" as follows:

| Amount | State in which EFT occurred |
|---|---|
| Up to $40 | DE, FL (if EFT amount is greater than $300), MS |
| Up to $35 | CA (except for first return), MD, VA |
| Up to $30 | AL, AK, FL (if EFT amount is $50.01–$300), GA, IA, KS, MN, MT, OH, SC, SD, TN, TX, WY |
| Up to $25 | AZ, AR, CA (first return only), DC, FL (if EFT amount is less than $50), IL, KY, LA, ME, MA, MI, MO, NE, NV, NH, NJ, NM, NC, ND, OK, OR, RI, VT, WA, WV, WI |
| Up to $20 | CO, CT, HI, ID, IN, NY, PA, UT |

You authorize us to initiate an electronic fund transfer for such Returned Payment Fee from your Deposit Account automatically, after we receive

**Debit**

*19*

notice of an unpaid EFT. You agree to pay the Returned Payment Fee if any check or other instrument given as payment to us for amounts you owe in connection with your Card is not honored by your bank.

7. **DOCUMENTATION** — You can get a receipt at the time you make any EFT with your Card using one of our point-of-sale terminals at a Target retail store. If you make a purchase at the Target.com website, a receipt will be emailed to the email address associated with your order.

8. **BUSINESS DAYS** — For purposes of this Agreement, our business days are Monday through Friday. Holidays are not included.

9. **OUR LIABILITY** — If we do not complete an EFT to or from your Deposit Account on time or in the correct amount according to this Agreement, we will be liable for your losses or damages. However, there are some exceptions.

We will not be liable, for instance:

- If, through no fault of ours, you do not have enough money in your Deposit Account to make the EFT; or,
- If the EFT would go over the credit limit on your overdraft line; or,
- If the point-of-sale terminal or system was not working properly and you knew about the breakdown when you started the EFT; or,
- If circumstances beyond our control (such as fire or flood) prevent the EFT despite reasonable precautions that we have taken; or,
- There may be other exceptions stated in this Agreement.

10. **CONFIDENTIALITY** — We will disclose information to third parties about your Deposit Account or the EFTs you make:

- Where it is necessary for completing EFTs; or,
- In order to verify the existence and condition of your Deposit Account or Card for a third party, such as a consumer reporting agency or merchant; or,
- In order to comply with government agency or court orders; or,
- If you give us written permission; or,
- As otherwise provided in our Privacy Policy.

You agree to our collection, use, and sharing of information about your EFTs as provided in Target Debit Card Privacy Policy ("Privacy Policy"), which is included as part of this Agreement.

11. **APPLICATION OF PAYMENTS** — Unless otherwise required by applicable law, we will apply your EFT or other forms of payment in the following order: old Card purchases, Returned Payment Fees, and new Card purchases.

12. **SPECIAL PROMOTIONS** — Occasionally, we may provide you the opportunity to use your Card in connection with special promotions. These promotions may be subject to terms and conditions in addition to or different from those provided in this Agreement, which will be described in our offer. Unless otherwise stated, however, all terms of this Agreement shall apply to any promotion.

13. **DEFAULT** — Subject to applicable law, you will be in default under this Agreement if you violate any terms of this Agreement, including without limitation if we receive notice of an unpaid EFT, or if you become the subject of bankruptcy or insolvency proceedings. Upon default or death, subject to applicable law, we may, in our sole discretion: (a) terminate your Card, at which time the terms of this Agreement will continue until we have been paid in full; (b) require immediate payment of all unpaid EFTs and the related fees; (c) bring a legal action against you to collect money owed to us; and (d) take any other action permitted by applicable law. If we refer your Card to an attorney for collection, you must pay to us all costs and expenses of collection, including attorneys' fees, to the extent not prohibited by law.

Even if you are not in default, we reserve the right to terminate your Card privileges at any time. All Cards we issue are our property and they must be returned to us if we ask you to return them. If you have unpaid EFTs and related fees, as permitted by law, we may require that any merchandise purchased using your Card which you return be processed as a credit to the unpaid EFTs or the related fees. **Upon any termination of this Agreement by you or us, you will continue to be obligated to pay all amounts owing under this Agreement, and to otherwise perform the terms and conditions of this Agreement.**

14. **ACCORD AND SATISFACTION** — We may accept letters, checks or other types of payments showing "payment in full" or using other language to indicate satisfaction of your debt ("Disputed Amounts") without waiving any of our rights to receive full payment under the terms of this Agreement. You agree to send any Disputed Amounts to Target Corporation, c/o Financial and Retail Services, P.O. Box 9491, Minneapolis, MN, 55440.

15. **CONSUMER REPORT USE AND INFORMATION FURNISHING** — We may check information about you or your financial history with consumer reporting agencies (including credit bureaus) or others. We may also report information about you, your Card application, transactions, and our experiences with you to consumer reporting agencies, to other companies that are affiliated with us, or to others as allowed by law and our Privacy Policy. If you do not fulfill the terms of this Agreement, we may submit a negative report to one or more consumer reporting agencies. If you believe we have reported inaccurate information about you or your Card to a consumer reporting agency, you should notify us by sending your Card number and a description of the information you believe to be inaccurate to: Target Corporation, c/o Financial and Retail Services, P.O. Box 9491, Minneapolis, MN, 55440.

16. **COMMUNICATIONS WITH YOU** — We or our agents may call or text by telephone regarding your Card. You agree that we may place such calls or texts using an automatic dialing/announcing device. You agree that we may make such calls or texts to a mobile telephone or other similar device. You agree that we may, for training purposes or to evaluate the quality of our service, listen to and record phone conversations you have with us.

17. **WHAT LAW APPLIES** — This Agreement will be governed by federal law and to the extent state law applies, by the law of South Dakota. If there is any conflict between any of the terms and conditions of this Agreement and applicable federal or state law, this Agreement will be considered changed to the extent necessary to comply with the law.

18. **CHANGE OF PERSONAL INFORMATION** — You agree to tell us right away of any change in your name, address or telephone numbers, and any change in your Deposit Account information or the identifying information contained in your government-issued identification card that you used when applying for the Card.

19. **ASSIGNMENT** — We may sell, assign or transfer this Agreement and/ or Card(s), or any receivables created through use of the Card(s), without notice to you. You may not sell, assign or transfer this Agreement or your Card without first obtaining our written consent.

20. **NO WAIVER** — We may waive or delay enforcing any of our rights under this Agreement without losing them.

21. **OTHER CHANGES TO THIS AGREEMENT** — We have the right to change this Agreement (including the right to add additional terms) and to apply those changes to any unprocessed or unpaid EFTs and the related fees. We will provide you with notice of any such changes as required by applicable law.

*Debit*

*21*



# TARGET DEBIT CARD
# ERROR RESOLUTION NOTICE

**IN CASE OF ERRORS OR QUESTIONS ABOUT EFTS:**

Telephone us toll free at (888) 729-7331 or write us at:

Target Corporation
c/o Financial and Retail Services
P.O. Box 9491
Minneapolis, MN, 55440

as soon as you can if you think your Deposit Account statement or receipt is wrong or if you need more information about an EFT listed on the statement or receipt. We must hear from you no later than 90 days after the FIRST Deposit Account statement on which the problem or error appeared.

(1) Tell us your name and Card number.

(2) Describe the error or the EFT you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we decide to do this, we will credit your Deposit Account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your Deposit Account.

For errors involving point-of-sale transactions, we may take up to 90 days to investigate your complaint or question.

We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

ALL QUESTIONS ABOUT TRANSACTIONS MADE WITH YOUR TARGET DEBIT CARD MUST BE DIRECTED TO US (TARGET CORPORATION) AND NOT TO THE BANK OR OTHER FINANCIAL INSTITUTION WHERE YOU HAVE YOUR ACCOUNT. We are responsible for these electronic fund transfer services and for resolving any errors in transactions made with your Target Debit Card.

We will not send you a periodic statement listing transactions that you make using your Target Debit Card. The transactions will appear only on the statement issued by your bank or other financial institution. SAVE THE RECEIPTS YOU ARE GIVEN WHEN YOU USE YOUR TARGET DEBIT CARD, AND CHECK THEM AGAINST THE ACCOUNT STATEMENT YOU RECEIVE FROM YOUR BANK OR OTHER FINANCIAL INSTITUTION. If you have any questions about one of these transactions, call us toll free at (888) 729-7331, or write: Target Corporation, c/o Financial and Retail Services, P.O. Box 9491, Minneapolis, MN, 55440.

IF YOUR TARGET DEBIT CARD IS LOST OR STOLEN, NOTIFY US AT ONCE by calling us toll free at (888) 729-7331, or writing: Target Corporation, c/o Financial and Retail Services, P.O. Box 9491, Minneapolis, MN, 55440.



**Target Debit Card™
Privacy Policy**

*23*

Rev. 3/16

## TARGET DEBIT CARD PRIVACY POLICY

⊙ TARGET

| FACTS | WHAT DOES TARGET® DO WITH YOUR TARGET DEBIT CARD PERSONAL INFORMATION? |
|---|---|
| **Why?** | Financial companies choose how they share your personal information. Federal law gives consumers the right to limit some but not all sharing. Federal law also requires us to tell you how we collect, share, and protect your personal information. Please read this notice carefully to understand what we do. |
| **What?** | The types of personal information we collect and share depends on the product or service you have with us. This information can include:<br>– Social Security number and account transactions<br>– transaction or loss history and overdraft history |
| **How?** | All financial companies need to share customers' personal information to run their everyday business. In the section below, we list the reasons financial companies can share their customers' personal information, the reasons Target chooses to share, and whether you can limit this sharing. |

| Reasons we can share your personal information | Can Target share? | Can you limit this sharing? |
|---|---|---|
| **For our everyday business purposes—** such as to process your transactions, manage your card, or respond to court orders and legal investigations | Yes | No |
| **For our marketing purposes—** to offer our products and services to you | Yes | No |
| **For joint marketing with other financial companies** | Yes | No |
| **For our affiliates' everyday business purposes—** information about your transactions and experiences | Yes | No |
| **For our affiliates' everyday business purposes—** information about your creditworthiness | No | We don't share |
| **For non-affiliates to market to you** | Yes | Yes |

| **To limit our sharing** | Call toll free at 1-800-968-4001—our menu will prompt you through your choice(s). |
|---|---|
| | Please note: |
| | If you are a new customer and for those circumstances where you can prohibit our sharing, we may begin sharing your information 30 days from the date we sent this notice. When you are no longer our customer, we can continue to share your information as described in this notice. |
| | However, you can contact us at any time to limit our sharing. |

| **Questions?** | Call toll free at 1 (888) 729-7331. |
|---|---|

24

*See reverse for continuation of the Target Debit Card Privacy Policy*

*Target Debit Card Privacy Policy continued*

# ⊙ TARGET DEBIT CARD PRIVACY POLICY

| **Who we are** | |
| --- | --- |
| Who is providing this notice? | This privacy policy is provided by Target Corporation ("Target"). It applies to your Target Debit Card issued by Target. |
| **What we do** | |
| How does Target protect my personal information? | To protect your personal information from unauthorized access and use, we use security measures that comply with federal law. These measures include computer safeguards and secured files and buildings. |
| How does Target collect my personal information? | We collect your Target Debit Card personal information, for example, when you<br>– apply for a Target Debit Card and give us your contact information<br>– give us your income information and show us your driver's license/identification card<br>– use your debit card<br>We also collect your personal information from others, such as consumer reporting agencies, affiliates or other companies. |
| Why can't I limit all sharing? | Federal law gives you the right to limit only<br>– sharing for affiliates' everyday business purposes—information about your creditworthiness<br>   (Target does not share this type of information with its affiliates)<br>– sharing for non-affiliates to market to you<br>State laws and individual companies may give you additional rights to limit sharing. See below for more on your rights under state law. |
| What happens when I limit sharing for a card I hold jointly with someone else? | Your choices will apply to all cardholders on the Target Debit Card. |
| **Definitions** | |
| Affiliates | Companies related by common ownership or control. They can be financial and nonfinancial companies.<br>– *Target's affiliates include those companies that control, are controlled by or under common control with Target Corporation.* |

| Non-affiliates | Companies not related by common ownership or control. They can be financial and nonfinancial companies. |
| --- | --- |
| | – *Non-affiliates we share with may include vendors of products and services that you have purchased, or that we believe will be of interest to you, financial service providers or Non-profit organizations, such as those involved with education.* |
| **Who we are** | |
| Joint marketing | A formal agreement between non-affiliated financial companies that together market financial products or services to you. |
| | – *Our joint marketing partners may include other banks, investment firms or insurance companies.* |
| **Other important information** | |
| California and Vermont Residents: We only share information with third parties as permitted by your state's law. | |

*25*



# PROGRAM RULES

**5% REDcard™ Discount Program Rules:**

When you use your Target Debit Card™, Target Credit Card™ or Target™ MasterCard® (each, a "REDcard™") at Target stores or Target.com, you will receive 5% off your purchases. If you use a REDcard in the same purchase transaction with another form of payment, the 5% discount will apply only to the purchase amount tendered to your REDcard.  5% discount applies to eligible purchases minus any other discounts and the value of any promotional Target gift cards received in the transaction.  Target reserves the right to discontinue or alter the terms of this program at any time.

5% discount does not apply to the following:

- Prescriptions, clinic services at Target and Target Optical™ eye exams
- Target gift cards and prepaid cards
- Previous purchases
- Target credit account payments, Target Debit Card cash back and cash advances on the Target MasterCard
- Gift wrap and shipping and handling charges on Target.com purchases
- Wireless protection program purchases and deposits required by mobile carrier
- Where otherwise prohibited by law

**REDcard™ Extended Returns Program Rules:**

When you make purchases with your Target Debit Card™, Target Credit Card™ or Target™ MasterCard® (each, a "REDcard") at Target stores or Target.com, you will receive 30 additional days to return the purchases beyond the standard return policy applicable to each of the purchased items. Target reserves the right to discontinue or alter the terms of this program at any time. REDcard extended returns do not apply to the following:

- Target Mobile purchases
- Purchases with a fixed return date
- Non-returnable items

**REDcard™ Free Shipping Program Rules:**

When you use your Target Debit Card™ Target Credit Card™ or Target™ MasterCard® (each, a "REDcard™") on Target.com, you will receive free shipping on your Target.com purchases. (Target Debit Card cannot be used on the mobile Target.com website.) Offer applies on standard shipping to all 50 states and the District of Columbia, as well as APO/FPO addresses and Puerto Rico. If you upgrade your shipping method, shipping fees will apply. This offer is not valid on previous orders, or where otherwise prohibited by law. Target reserves the right to discontinue or alter the terms of this program at any time.

Exhibit A
p. 32



**Saving has never been simpler.**









# REGLAS DEL PROGRAMA

**Reglas del programa de descuendo del 5% de la tarjeta REDcard™**

Cuando use su tarjeta de débito Target Debit Card™, la tarjeta de crédito Target Credit Card™ o la tarjeta de crédito Target™ MasterCard® (cada una, una "REDcard™") en las tiendas Target o en Target.com, recibirá el 5 % de descuento en sus compras. Si utiliza una tarjeta REDcard en la misma transacción de compra con otra forma de pago, el 5% de descuento se aplicará únicamente al monto que abone con la tarjeta REDcard. El 5% de descuento se aplica a compras elegibles después de haber aplicado cualquier otro descuento y el valor de cualquier tarjeta de regalo promocional de Target recibida en la transacción. Target se reserva el derecho a suspender o modificar los términos de este programa en cualquier momento.

El 5% de descuento no se aplica a lo siguiente:
- Medicamentos con receta, servicios clínicos en Target y en exámenes de la vista en Target Optical™.
- Tarjetas de regalo y tarjetas prepagadas Target.
- Compras anteriores
- Pagos de cuentas de crédito Target, devolución de efectivo en la tarjeta de débito Target Credit Card y adelantos de dinero en efectivo con la tarjeta de crédito Target MasterCard.
- Cargos por el servicio de envoltura de regalos y gastos de envío de compras en Target.com.
- Compras y depósitos del programa de protección inalámbrica requeridos por el operador de telefonía móvil.
- En aquellos casos que lo prohíba la ley.

**Reglas del programa de devoluciones extendidas de las tarjetas REDcard™**

Cuango haga compras con sus tarjeta de débito Target Debit Card™, tarjeta de crédito Target™ o tarjeta de crédito Target™ MasterCard® (cada una, "una "REDcard") en tiendas Target en Target.com, tendrá 30 días adicionales para devolver sus compras más allá de la política general de devoluciones vigente para cada uno de los artículos comprados. Target se reserva el derecho de suspender o modificar los términos de este programa en cualquier momento. La extensión de las devoluciones de compras realizadas con la tarjeta REDcard no se aplica en los siguientes casos:

- Compras hechas en Target Mobile
- Compras con un plazo fijo para la devolución
- Artículos sin devolución

**Reglas del programa de envío sin costo de las tarjetas REDcard™**

Cuando utiliza su tarjeta de débito Target Debit Card™, la tarjeta de crédito Target Credit Card™ o la tarjeta de crédito Target™ MasterCard® (cada una, una tarjeta "REDcard") en Target.com, recibirá envíos sin costo en sus compras en Target.com. (La tarjeta de débito Target Debit Card no se puede usar en el sitio web móvil de Target.com). La oferta es válida en el envío estándar a los 50 Estados y el Distrito de Columbia, así como a direcciones de APO/FPO y Puerto Rico. Si utiliza otra modalidad de envío, deberá pagar las tarifas correspondientes. Esta oferta no es válida para pedidos anteriores ni en casos donde la ley lo prohíbe. Target se reserva el derecho de suspender o modificar los términos de este programa en cualquier momento.

| | |
|---|---|
| Entidades no afiliadas | Empresas que no están relacionadas por la propiedad en común o el control común. Pueden ser empresas financieras o no.<br><br>– *Las entidades no afiliadas con las que compartimos información pueden incluir proveedores de productos y servicios que usted ha comprado, o que creemos que pueden interesarle, proveedores de servicios financieros y organizaciones sin fines de lucro, como las relacionadas con la educación.* |
| **Quiénes somos** | |
| Mercadeo conjunto | Un acuerdo formal entre empresas financieras no afiliadas que juntas le ofrecen productos o servicios financieros.<br><br>– *Las empresas con las que emprendemos iniciativas de mercadeo conjunto pueden incluir otros bancos, empresas de inversión o compañías de seguros.* |
| **Otra información importante** | |
| Residentes de California y Vermont: Solo compartimos información con terceros según lo permitido por la ley de su estado. | |

25

*Política de privacidad de la tarjeta de débito Target Debit Card (continuación)*

🎯 **POLÍTICA DE PRIVACIDAD DE LA TARJETA DE DÉBITO TARGET DEBIT CARD**
TARGET

| | |
|---|---|
| **Quiénes somos** | |
| ¿Quién proporciona este aviso? | Esta política de privacidad la proporciona Target Corporation ("Target"). Se aplica a su tarjeta de débito Target Debit Card emitida por Target. |
| **Qué hacemos** | |
| ¿De qué modo protege Target mi información personal? | Para proteger su información personal contra el acceso y el uso no autorizados, implementamos medidas de seguridad en cumplimiento con la ley federal. Estas medidas incluyen la protección de computadoras, archivos y edificios. |
| ¿De qué modo Target recopila mi información personal? | Recopilamos su información personal de la tarjeta de débito Target Debit Card, por ejemplo, cuando usted:<br>– solicita una tarjeta de débito Target Debit Card y nos proporciona su información de contacto<br>– nos proporciona información sobre sus ingresos y nos muestra su tarjeta de identificación/licencia de conducir<br>– utiliza su tarjeta de débito<br>También recopilamos información personal suya mediante terceros, como agencias de informes de los consumidores, afiliadas u otras empresas. |
| ¿Por qué no puedo limitar toda la información que se comparte? | La ley federal le otorga el derecho a limitar únicamente:<br>– la información que se comparte para el funcionamiento operativo cotidiano de las afiliadas: información sobre su capacidad crediticia (Target no comparte este tipo de información con sus afiliadas)<br>– la información que se comparte para que entidades no afiliadas le ofrezcan productos y servicios<br>Las leyes estatales y las empresas individuales pueden otorgarle derechos adicionales para limitar la información que se comparte. Consulte la siguiente información para obtener más detalles acerca de sus derechos según la ley estatal. |
| ¿Qué ocurre cuando limito la información que se comparte de una cuenta que tengo en forma conjunta con otra persona? | Lo que usted determine se aplicará a todos los titulares de la tarjeta de débito Target Debit Card. |
| **Definiciones** | |
| Afiliadas | Empresas que están relacionadas por la propiedad en común o el control común. Pueden ser empresas financieras o no.<br>– *Las entidades afiliadas de Target incluyen aquellas empresas que controlan a, son controladas por o están bajo control común con Target Corporation.* |

| Razones por las cuales podemos compartir su información personal | ¿Target puede compartir su información? | ¿Puede usted limitar la información que se comparte? |
|---|---|---|
| **Para nuestro funcionamiento operativo diario:** por ejemplo, para procesar transacciones, administrar su tarjeta o responder a órdenes judiciales e investigaciones legales. | Sí | No |
| **Para nuestras iniciativas de mercadeo:** para ofrecerle productos y servicios. | Sí | No |
| **Para iniciativas de mercadeo en conjunto con otras empresas financieras.** | Sí | No |
| **Para el funcionamiento operativo diario de nuestras afiliadas:** información sobre sus transacciones y experiencias. | Sí | No |
| **Para el funcionamiento operativo diario de nuestras afiliadas:** información sobre su capacidad crediticia. | No | No compartimos esta información. |
| **Para que entidades no afiliadas le ofrezcan productos y servicios.** | Sí | Sí |

| **Para limitar la información que compartimos** | Llame sin costo al 1-800-968-4001; el menú le indicará las opciones. Tenga en cuenta lo siguiente: Si usted es un cliente nuevo y en aquellas circunstancias en que pueda prohibir que compartamos su información, podremos comenzar a compartir su información a los 30 días de la fecha en que enviemos este aviso. Cuando deje de ser cliente nuestro, podremos continuar compartiendo su información según lo descrito en este aviso. Sin embargo, puede comunicarse con nosotros en cualquier momento para limitar la información que compartimos. |
|---|---|
| **¿Tiene alguna pregunta?** | Llame sin costo al 1 (888) 729-7331. |

*Consulte el reverso para ver la continuación de la Política de privacidad de la tarjeta de débito Target Debit Card.*

Rev. 3/16

## POLÍTICA DE PRIVACIDAD DE LA TARJETA DE DÉBITO TARGET DEBIT CARD

| HECHOS | ¿QUÉ HACE TARGET® CON LA INFORMACIÓN PERSONAL DE SU TARJETA DE DÉBITO TARGET DEBIT CARD? |
|---|---|
| ¿Por qué? | Las empresas financieras eligen cómo compartir su información personal. La ley federal otorga a los consumidores el derecho a limitar una parte, pero no la totalidad, de la información que se comparte. La ley federal también nos exige que le informemos cómo recopilamos, compartimos y protegemos su información personal. Lea este aviso con atención para entender lo que hacemos. |
| ¿Qué? | Los tipos de información personal que recopilamos y compartimos dependen del producto o servicio que le proporcionemos. Esta información puede incluir:<br>– número de seguro social y transacciones de cuentas<br>– historial de transacciones o pérdidas e historial de sobregiros |
| ¿Cómo? | Todas las empresas financieras necesitan compartir la información personal de sus clientes para su funcionamiento operativo cotidiano. En la siguiente sección, enumeramos las razones por las cuales las empresas financieras pueden compartir la información personal de sus clientes, las razones por las cuales Target decide compartirla y si usted puede limitar la información que se comparte. |



**Política de privacidad de la tarjeta de débito Target Debit Card™**

Exhibit A
p. 42



# AVISO SOBRE LA CORRECCIÓN DE ERRORES DE LA TARJETA DE DÉBITO TARGET DEBIT CARD

**EN CASO DE ERRORES O CONSULTAS ACERCA DE LAS TEF:**

Llámenos gratis al (888) 729-7331 o escríbanos a:

Target Corporation
c/o Financial and Retail Services
P.O. Box 9491
Minneapolis, MN, 55440

lo antes que pueda si cree que hay algún error en el recibo o el estado de cuenta de su Cuenta de Depósito, o si necesita más información acerca de una TEF mencionada en el recibo o el estado de cuenta. Debe notificarnos dentro de los 90 días posteriores al PRIMER estado de cuenta de la Cuenta de Depósito en que apareció el problema o error.

(1) Infórmenos su nombre y número de Tarjeta.

(2) Describa el error o la TEF acerca de la cual tiene dudas y explique, con la mayor claridad posible, por qué cree que hay un error o por qué necesita más información.

(3) Indíquenos el monto en dólares del supuesto error.

Si nos notifica en forma oral, es posible que le pidamos que nos envíe el reclamo por escrito en un plazo de 10 días hábiles.

Determinaremos si se produjo un error en un plazo de 10 días hábiles una vez recibida su notificación y, en ese caso, lo corregiremos de inmediato. Sin embargo, si necesitáramos más tiempo, podremos tomarnos hasta 45 días para investigar su reclamo o consulta. Si decidimos hacer eso, le otorgaremos un crédito en su Cuenta de Depósito dentro de los 10 días hábiles por el monto que cree que es erróneo, de modo que pueda disponer del dinero durante el tiempo que nos lleve la investigación. Si le solicitamos que nos envíe su reclamo o consulta por escrito y no lo recibimos dentro de los 10 días hábiles, es posible que no apliquemos el crédito a su Cuenta de Depósito.

Para errores relacionados con transacciones efectuadas en los puntos de venta, podemos tomarnos hasta 90 días para investigar su reclamo o consulta.

Le informaremos sobre los resultados en un plazo de tres días hábiles tras concluir nuestra investigación. Si decidimos que no ha habido ningún error, le enviaremos una explicación por escrito. Usted podrá solicitar copias de los documentos que utilizamos en nuestra investigación.

TODAS LAS CONSULTAS ACERCA DE LAS TRANSACCIONES EFECTUADAS CON SU TARJETA DE DÉBITO TARGET DEBIT CARD DEBEN DIRIGIRSE A NOSOTROS (TARGET CORPORATION) Y NO AL BANCO U OTRA INSTITUCIÓN FINANCIERA DONDE ESTÉ RADICADA SU CUENTA. Nosotros somos los responsables de estos servicios de transferencia electrónica de fondos y de resolver cualquier error en las transacciones efectuadas con su tarjeta de débito Target Debit Card.

No le enviaremos un estado de cuenta periódico con las transacciones que efectúe con su tarjeta de débito Target Debit Card. Las transacciones solo aparecerán en el estado de cuenta emitido por su banco u otra institución financiera. CONSERVE LOS RECIBOS QUE SE LE ENTREGUEN AL UTILIZAR SU TARJETA DE DÉBITO TARGET DEBIT CARD, Y COMPRUÉBELOS CON EL ESTADO DE CUENTA QUE RECIBA DE SU BANCO U OTRA INSTITUCIÓN FINANCIERA. Si tiene alguna consulta acerca de alguna de esas transacciones, llámenos gratis al (888) 729-7331 o escríbanos a Target Corporation, c/o Financial and Retail Services, P.O. Box 9491, Minneapolis, MN 55440.

EN CASO DE EXTRAVÍO O ROBO DE SU TARJETA DE DÉBITO TARGET DEBIT CARD, NOTÍFIQUENOS DE INMEDIATO, llamando gratis al (888) 729-7331 o escribiendo a Target Corporation, c/o Financial and Retail Services, P.O. Box 9491, Minneapolis, MN 55440.

Exhibit A
p. 43

Incluso si no se encuentra en estado de incumplimiento, nos reservamos el derecho a cancelar sus privilegios de la Tarjeta en cualquier momento. Todas las Tarjetas que emitimos son propiedad nuestra, y deberá devolverlas si se lo solicitamos. Si tiene TEF y cargos relacionados sin pagar, según lo permitido por la ley, podemos solicitar que cualquier mercadería comprada con la Tarjeta que devuelva se procese como crédito para saldar las TEF o los cargos relacionados sin pagar. **En caso de terminación de este Contrato, ya sea por decisión suya o nuestra, usted continuará teniendo la obligación de pagar todos los montos adeudados en virtud de este Contrato y de cumplir todos los demás términos y condiciones del Contrato.**

14. **ACEPTACIÓN Y CUMPLIMIENTO:** Podemos aceptar cartas, cheques u otros tipos de pago que muestren "pago íntegro" o usar otro lenguaje para indicar el cumplimiento de su deuda ("Montos Disputados") sin renunciar a ningún derecho a recibir el pago íntegro bajo los términos de este Contrato. Usted se compromete a enviar cualquier Monto bajo Disputa a Target Corporation, c/o Financial and Retail Services, P.O. Box 9491, Minneapolis, MN 55440.

15. **USO DE INFORMES DE CRÉDITO Y SUMINISTRO DE INFORMACIÓN:** Podemos verificar información sobre usted o su historial financiero con agencias de informes del consumidor (como agencias de informes crediticios) y otras entidades. También podemos proveer información sobre usted, su solicitud de la Tarjeta, transacciones y nuestras experiencias con usted a agencias de informes de consumidores, otras compañías afiliadas a nosotros u otros tal como la ley y nuestra Política de privacidad lo permitan. Si usted no cumple con los términos de este Contrato, podemos presentar un informe desfavorable ante una o más agencias de informes del consumidor. Si considera que hemos presentado información incorrecta sobre usted o su Tarjeta a una agencia de informes del consumidor, debe notificarnos al respecto enviando su número de Tarjeta y una descripción de la información que crea que es incorrecta a Target Corporation, c/o Financial and Retail Services, P.O. Box 9491, Minneapolis, MN 55440.

16. **COMUNICACIONES CON USTED**: Nosotros o nuestros agentes podemos llamarlo por teléfono o enviarle un mensaje de texto por asuntos relacionados a su Tarjeta. Acepta que podamos comunicarnos con usted por teléfono o mensaje de texto usando un aparato automático de llamadas/avisos. También acepta que podamos hacer dichas llamadas o enviar dichos mensajes de texto a un teléfono celular u otro dispositivo similar. Asimismo, acepta que, con fines de capacitación o de evaluación de la calidad del servicio, podemos escuchar y grabar las conversaciones telefónicas que tengamos con usted.

17. **QUÉ LEY SE APLICA**: Este Contrato se rige por la ley federal y, en la medida que se aplique la ley estatal, la ley de Dakota del Sur. Si hubiera algún conflicto entre alguno de los términos y condiciones de este Contrato y la ley federal o estatal aplicable, este Contrato se considerará modificado en lo necesario a fin de cumplir con la ley.

18. **CAMBIOS EN LA INFORMACIÓN PERSONAL:** Usted se compromete a informarnos de inmediato acerca de cualquier modificación en su nombre, dirección o números de teléfono, así como de cualquier cambio en la información de su Cuenta de Depósito o la información identificatoria contenida en la tarjeta de identificación emitida por el gobierno que haya utilizado al solicitar la Tarjeta.

19 **CESIÓN:** Podemos vender, ceder o transferir este Contrato o la(s) Tarjeta(s), o cualquier monto por cobrar originado a partir del uso de la(s) Tarjeta(s), sin notificarle al respecto. Usted no puede vender, ceder o transferir este Contrato o la Tarjeta sin nuestro consentimiento previo por escrito.

20. **NO RENUNCIA**: Podemos renunciar o demorar el ejercicio de cualquiera de nuestros derechos bajo este Contrato sin perderlos.

21. **OTRAS MODIFICACIONES A ESTE CONTRATO:** Tenemos derecho a modificar este Contrato (lo que incluye agregar más términos) y a aplicar dichas modificaciones a cualquier TEF sin procesar o sin pagar y los cargos relacionados. Le notificaremos dichos cambios según la ley vigente lo requiera.

**Débito**

*21*

7. **DOCUMENTACIÓN:** Puede obtener un recibo en el momento de hacer una TEF con la Tarjeta utilizando una de nuestras terminales de los puntos de venta en las tiendas Target. Si efectúa una compra en el sitio web Target.com, se le enviará un recibo a la dirección de correo electrónico asociada con su pedido.

8. **DÍAS HÁBILES:** A los efectos de este Contrato, nuestros días hábiles son de lunes a viernes. Los feriados no están incluidos.

9. **NUESTRA RESPONSABILIDAD:** Si no completamos una TEF de su Cuenta de Depósito o con destino a la misma a tiempo o por el monto correcto de acuerdo con este Contrato, seremos responsables de las pérdidas o daños y perjuicios que pueda sufrir. Sin embargo, existen algunas excepciones.

   No tendremos responsabilidad alguna, por ejemplo:

   - si, por razones ajenas a nosotros, usted no cuenta con suficiente dinero en su Cuenta de Depósito para efectuar la TEF; o bien,

   - si la TEF superara el límite de crédito de su línea de crédito para sobregiros; o bien,

   - si la terminal del punto de venta o el sistema no estaban funcionando correctamente y usted estaba al tanto del problema técnico al iniciar la TEF; o bien,

   - si alguna circunstancia que no podamos controlar (como un incendio o inundación) impide la TEF a pesar de las precauciones razonables que hayamos tomado; o bien,

   - ante otras excepciones que puedan contemplarse en este Contrato.

10. **CONFIDENCIALIDAD:** Divulgaremos información a terceros sobre su Cuenta de Depósito o las TEF que efectúe:

    - cuando sea necesario para completar las TEF; o bien,

    - a fin de verificar la existencia o estado de su Cuenta de Depósito o Tarjeta ante un tercero, como una agencia de informes del consumidor o un comerciante; o bien,

    - a fin de cumplir con órdenes judiciales o de entidades gubernamentales; o bien,

    - si nos otorga un permiso por escrito; o bien,

    - por otras razones contempladas en nuestra Política de Privacidad.

    Usted acepta que recopilemos, utilicemos y compartamos información sobre sus TEF tal y como se explica en la Política de Privacidad de la tarjeta de débito Target Debit Card ("Política de Privacidad"), que se incluye como parte de este Contrato.

11. **APLICACIÓN DE LOS PAGOS:** A menos que la ley vigente imponga otros requisitos, aplicaremos sus TEF u otras formas de pago en el siguiente orden: compras anteriores con la Tarjeta, Cargos por Pago Devuelto y compras nuevas con la Tarjeta.

12. **PROMOCIONES ESPECIALES:** Ocasionalmente, puede que le ofrezcamos la oportunidad de utilizar su Tarjeta en relación con promociones especiales. Dichas promociones pueden estar sujetas a términos y condiciones adicionales o distintos a los estipulados en este Contrato, los cuales se describirán en nuestra oferta. Sin embargo, a menos que se indique lo contrario, todos los términos de este Contrato se aplicarán a cualquier promoción.

13. **INCUMPLIMIENTO:** Sujeto a cualquier ley aplicable, se lo considerará en estado de incumplimiento en virtud de este Contrato si infringe cualquier término del Contrato, incluso, por ejemplo, si recibimos un aviso de una TEF sin pagar o si usted es objeto de un proceso judicial de quiebra o insolvencia. En caso de incumplimiento o fallecimiento, sujeto a la ley aplicable, podemos, a nuestra entera discreción: (a) dar de baja la Tarjeta, en cuyo caso los términos de este Contrato seguirán vigentes hasta que se nos haya efectuado el pago completo; (b) exigir el pago inmediato de cualquier TEF impaga y de los cargos relacionados; (c) iniciar acciones legales en su contra para cobrar el dinero que nos deba; y (d) tomar cualquier otra medida permitida por la ley aplicable. Si referimos su Tarjeta a un abogado para el cobro, deberá pagarnos todos los costos y gastos de dicho cobro, incluidos los honorarios de abogados, en la medida en que la ley no lo prohíba.

de compensación automatizada [Automated Clearing House]) de su cuenta bancaria por el monto del cheque o instrumento. Ni nosotros ni su banco le devolveremos su cheque o instrumento. El débito de los fondos de la cuenta bancaria puede efectuarse incluso el mismo día en que recibamos el pago. Si no podemos procesar la transferencia electrónica, o si nos la devuelven, podemos presentar el cheque o instrumento financiero original, un cheque de reemplazo, una letra de cambio u otro instrumento similar para cobrar.

5. **TEF NO AUTORIZADAS:** Nos informará DE INMEDIATO si cree que ha perdido o le han robado la Tarjeta, el número de Tarjeta o el PIN. Lo mejor que puede hacer para reducir sus pérdidas es llamarnos por teléfono. Podría perder todo el dinero de su Cuenta de Depósito (más el monto máximo de su línea de crédito para sobregiros) al que se pueda acceder mediante la Tarjeta. Acepta ayudarnos a determinar los hechos relacionados con cualquier robo o posible uso no autorizado de su Tarjeta, Número de tarjeta o PIN y cumplir con los procedimientos que pudiéramos requerir para nuestra investigación.

Usted no será responsable del uso no autorizado de su Tarjeta, Número de tarjeta o PIN si ha tenido un cuidado razonable en la protección de su Tarjeta, Número de tarjeta y PIN contra el robo o extravío. Si no ha tenido dicho cuidado razonable, se aplicarán las siguientes limitaciones de responsabilidad por el uso no autorizado:

Si nos informa dentro de los cuatro días hábiles posteriores al momento en que se percata del extravío o robo de la Tarjeta, del número de Tarjeta o del PIN, no perdería más de $50 si alguien utilizara la Tarjeta, el número de Tarjeta o el PIN sin su permiso.

En cambio, si NO nos informa dentro de los cuatro días hábiles posteriores a haberse percatado del extravío o robo de la Tarjeta, del número de Tarjeta o del PIN, y nosotros podemos probar que podríamos haber evitado que alguien utilizara la Tarjeta, el número de Tarjeta o el PIN sin su permiso si nos lo hubiera informado, usted podría perder hasta $500.

También debe informarnos de inmediato en caso de que vea en el estado de cuenta de su Banco de Depósito alguna TEF que usted no haya efectuado. Si no nos informa dentro de los 90 días posteriores a la fecha en que se le envió el estado de cuenta, es posible que no recupere ningún dinero que haya perdido tras los 90 días si podemos probar que podríamos haber evitado que alguien hiciera con ese dinero si nos hubiera notificado a tiempo. Si no pudo notificarnos por una buena razón (como un viaje largo o una hospitalización), extenderemos los plazos.

Si considera que ha perdido o le han robado la Tarjeta, el número de Tarjeta o el PIN, llámenos sin costo al (888) 729-7331 o escríbanos a Target Corporation, c/o Financial and Retail Services, P.O. Box 9491, Minneapolis, MN 55440.

6. **CARGO POR PAGO DEVUELTO:** Si el Banco de Depósito devuelve una TEF sin pagar por cualquier motivo, usted acepta abonar un "Cargo por Pago Devuelto" según lo detallado a continuación:

| Monto | Estado en que se produjo la TEF |
|---|---|
| Hasta $40 | DE, FL (si el monto de la TEF es superior a $300), MS |
| Hasta $35 | CA (excepto para la primera devolución), MD, VA |
| Hasta $30 | AL, AK, FL (si el monto de la TEF oscila entre los $50.01 y $300), GA, IA, KS, MN, MT, OH, SC, SD, TN, TX, WY |
| Hasta $25 | AZ, AR, CA (sólo la primera devolución), DC, FL (si el monto de la EFT es inferior a $50), IL, KY, LA, ME, MA, MI, MO, NE, NV, NH, NJ, NM, NC, ND, OK, OR, RI, VT, WA, WV, WI |
| Hasta $20 | CO, CT, HI, ID, IN, NY, PA, UT |

Usted nos autoriza a iniciar automáticamente una transferencia electrónica de fondos por el Cargo por Pago Devuelto de su Cuenta de Depósito después de que hayamos recibido el aviso de la TEF sin pagar. Se compromete a pagar el Cargo por Pago Devuelto si su banco se niega a pagarnos cualquier cheque u otro instrumento financiero que hayamos recibido como pago de cualquier monto que nos adeude en relación con la Tarjeta.

**Débito**

*19*

o si nos escribe a Target Corporation, c/o Financial and Retail Services (Servicios Financieros y Comerciales), P.O. Box 9491, Minneapolis, MN 55440.

2. **TIPOS DE TRANSFERENCIAS ELECTRÓNICAS DE FONDOS:** Solo podrá utilizar su Tarjeta para pagar bienes y servicios en las tiendas Target participantes de Estados Unidos y en el sitio web Target.com. La tarjeta de débito Target Debit Card no se puede utilizar en el sitio web Target.com para dispositivos móviles. Podemos brindarle la oportunidad de utilizar su Tarjeta para hacer compras de bienes o servicios en nuestras afiliadas o con terceros designados que tengan relaciones especiales con Target o Target.com. Dichas ofertas para utilizar su Tarjeta en las afiliadas de Target o con terceros designados pueden ser solo por un tiempo limitado. Dichas promociones pueden estar sujetas a términos y condiciones adicionales o diferentes a los estipulados en este Contrato, los cuales se describirán en la oferta. A menos que se indique de manera expresa lo contrario en tales ofertas, los términos de este Contrato se deben aplicar a cualquier oferta.

Deberá presentar su Tarjeta e ingresar el PIN si desea utilizar la Tarjeta para pagar bienes y servicios en las tiendas de Target. Si desea pagar bienes o servicios con su Tarjeta en el sitio web Target.com, deberá ingresar el número de Tarjeta y el PIN. Si cambia un artículo previamente comprado con la Tarjeta por otro artículo de acuerdo con nuestra política de cambio de mercadería, cualquier diferencia en el precio se acreditará mediante una TEF a su Cuenta de Depósito, o se transferirá mediante una TEF de esta, según corresponda. Si devuelve un artículo que compró previamente con su Tarjeta de acuerdo con nuestra política de devoluciones de mercancía, el monto de la devolución se acreditará mediante una TEF a su Cuenta de Depósito.

3. **LÍMITES PARA TRANSFERENCIAS ELECTRÓNICAS DE FONDOS:** Cuando utilice la Tarjeta, estará limitado por el monto de los fondos disponibles en su Cuenta de Depósito y cualquier línea de crédito para sobregiros que pueda tener en relación con su Cuenta de Depósito (si corresponde) a la fecha en que el Banco de Depósito reciba y procese la TEF. Por cuestiones de seguridad y protección contra fraudes, existen límites en cuanto al monto total en dólares de las compras que puede efectuar con la tarjeta, así como límites diarios en la cantidad de veces que se puede utilizar la tarjeta. Usted acepta que el límite del monto en dólares de la Tarjeta puede ser inferior al monto en dólares de los fondos disponibles en su Cuenta de Depósito y que estas limitaciones en cuanto al monto y las transacciones pueden modificarse ocasionalmente sin previo aviso. No puede utilizar su Tarjeta en cajeros automáticos, tiendas minoristas que no participen en la promoción o cualquier lugar fuera de Estados Unidos. No podrá utilizar la Tarjeta para efectuar pagos en ninguna cuenta de tarjeta de crédito emitida por nosotros ni en ninguna cuenta de tarjeta de crédito de la marca Target, ya sea emitida por nosotros, nuestras afiliadas o una institución financiera asociada. Podemos brindarle la oportunidad de utilizar su tarjeta para autorizar TEF recurrentes preautorizadas de su Cuenta de Depósito. Si utiliza su tarjeta para autorizar una TEF recurrente preautorizada, dicha autorización seguirá teniendo vigencia hasta que nos notifique para detener el pago. Para detener el pago, debe ponerse en contacto con nosotros al menos tres días hábiles antes de la fecha programada de la siguiente transferencia. Para detener el pago, póngase en contacto con nosotros llamando al (888) 729-7331 o escríbanos: Target Corporation, P.O. Box 9491, Minneapolis, MN 55440.

4. **TEF IMPAGAS:** El Banco de Depósito puede devolver sin pagar una TEF, por ejemplo, si su Cuenta de Depósito no posee suficientes fondos disponibles para cubrir el monto total de la TEF, si su Cuenta de Depósito se cierra o por otras razones. Además, si recibe un crédito en su Cuenta de Depósito de parte nuestra por un presunto error en una TEF y luego determinamos que en verdad no hubo ningún error, es posible que consideremos dicha TEF impaga. En el caso de que una TEF se devuelva o considere impaga, los fondos que se nos deban inmediatamente pasarán a considerarse adeudados y pagaderos. Usted acepta pagar en dólares estadounidenses el monto total de la TEF impaga y cualquier Cargo por Pago Devuelto correspondiente. También acepta que podemos suspender el uso de la Tarjeta hasta que hayamos recibido el pago total de los montos adeudados y pagaderos. Si determinamos que tiene demasiadas TEF devueltas sin pagar, podemos dar de baja su Tarjeta, incluso si abona las TEF impagas. Para cobrar cualquier cheque u otro instrumento financiero que nos envíe, podemos, a nuestro criterio, iniciar una transferencia electrónica (incluso mediante la cámara

*18*



# CONTRATO DE LA TARJETA DE DÉBITO TARGET DEBIT CARD

Este Contrato explica de qué manera funcionará su tarjeta de débito Target Debit Card ("Tarjeta"). También se detallan los términos que tanto usted como nosotros acordamos seguir con relación a esta Tarjeta. En este Contrato, los términos "nosotros", "nos" y "nuestro(a)" hacen referencia a Target Corporation. Los términos "usted", "su" y "suyo(a)" hacen referencia a toda persona responsable de las compras efectuadas con esta Tarjeta. Al utilizar esta Tarjeta, usted acepta los términos de este Contrato. Esta Tarjeta solo puede utilizarse con fines personales, familiares o domésticos.

1. **SU ACUERDO DE PAGO:** Al utilizar la Tarjeta, usted nos autoriza a iniciar una transferencia electrónica de fondos ("TEF") por el monto total de la transacción y cualquier cargo relacionado de su cuenta de depósito designada en otra institución financiera ("Cuenta de Depósito"). Usted declara y garantiza que es titular de su Cuenta de Depósito y que está autorizado a efectuar TEF de la Cuenta de Depósito y con destino a la misma. También declara y garantiza que su Cuenta de Depósito está radicada en un banco ubicado en Estados Unidos. En caso de haber designado un Usuario Autorizado ante nosotros, usted acepta responsabilizarse, de forma individual, por todas las TEF efectuadas por el Usuario Autorizado. También autoriza y acepta pagar todas las TEF efectuadas por cualquier persona a la que le permita utilizar su Tarjeta.

En este Contrato, "PIN" se refiere al número de identificación personal relacionado con su tarjeta y cualquier otro número de identificación personal que use para autorizar una compra con la tarjeta de débito Target Debit Card, entre ellos, cualquier número de PIN o contraseña que use para acceder a cualquier billetera móvil donde almacene su número de tarjeta de débito Target Debit Card. Usted acepta que comprende la naturaleza e importancia de la tarjeta y se compromete a resguardar la tarjeta y todos los PIN para evitar su uso sin autorización. Puede haber circunstancias donde no requeriremos que ingrese el PIN de su tarjeta de débito Target Debit Card para hacer una compra si la autoriza mediante otro método.  Por ejemplo, podemos no pedirle que ingrese el PIN de su tarjeta de débito Target Debit Card si ya ha proporcionado un PIN distinto para acceder a su tarjeta en una billetera móvil que aceptemos.  Incluso si no ingresa el PIN de su tarjeta de débito Target Debit Card para hacer una compra, usted autoriza dicha TEF y los términos y condiciones de este Contrato son válidos para tal TEF. Acepta que las TEF pueden efectuarse varios días después de la fecha de las transacciones y después de la fecha indicada en los recibos de las transacciones.

Target Corporation es la entidad emisora de la Tarjeta. No la emite la institución financiera que mantiene la cuenta de depósito con la que ha vinculado la Tarjeta ("Banco de Depósito"). Los términos, beneficios y protecciones asociados con su Tarjeta pueden variar de los que se aplican a una tarjeta de débito emitida por su Banco de Depósito.  Por ejemplo, si usa esta Tarjeta para hacer una compra que supere el saldo de la cuenta de depósito que vinculó con esta tarjeta, se puede sobregirar dicha cuenta aún cuando haya elegido no permitir sobregiros con relación a una tarjeta de débito emitida por el Banco de Depósito y puede contraer cargos asociados por sobregiro. Asimismo, las limitaciones de responsabilidad correspondientes a esta Tarjeta pueden ser diferentes de aquellas que se apliquen a una tarjeta de débito emitida por su Banco de Depósito. Usted acepta que no usará su Tarjeta para hacer compras por montos que superen los fondos disponibles que tenga en su Cuenta de Depósito según lo estipulado por su Banco de Depósito a partir de la fecha en que el Banco de Depósito procese la TEF. Podemos volver a emitir una TEF una o más veces si el Banco de Depósito no ha enviado los fondos por un valor igual al monto total de la TEF solicitada anteriormente. Su autorización seguirá teniendo vigencia hasta que hayamos recibido una notificación de su parte respecto de la cancelación de la autorización de una forma y en un tiempo tales que nos permitan, a nosotros y a la institución financiera en que está radicada su Cuenta de Depósito, actuar en consecuencia. Puede revocar su autorización y dar de baja la Tarjeta si llama sin costo al (888) 729-7331

**Débito**

*17*



**Contrato y
Aviso sobre la corrección de
errores de la tarjeta de débito
Target Debit Card™**

Contrato y aviso sobre corrección de errores de
la tarjeta de débito Target Debit Card . . . 16–22

Política de privacidad de la tarjeta de débito
Target Debit Card  . . . . . . . . . . . . . . . . . 23–25

| | |
|---|---|
| Entidades no afiliadas | Empresas que no están relacionadas por la propiedad en común o el control común. Pueden ser empresas financieras o no.<br><br>– *Las entidades no afiliadas con las que compartimos información pueden incluir proveedores de productos y servicios que usted ha comprado, o que creemos que pueden interesarle, proveedores de servicios financieros y organizaciones sin fines de lucro.*<br><br>– *Por ejemplo, Target es una entidad no afiliada a TD Bank.* |
| Mercadeo conjunto | Un acuerdo formal entre empresas financieras no afiliadas que juntas le ofrecen productos o servicios financieros.<br><br>– *Las empresas con las que emprendemos iniciativas de mercadeo conjunto pueden incluir otros bancos, empresas de inversión o compañías de seguros.* |
| **Otra información importante** | |
| **Residentes de California y Vermont:** Solo compartimos información con terceros según lo permitido por la ley de su estado. | |

*15*

*Política de privacidad de la tarjeta de crédito Target Credit Card (continuación)*

## ⊙ POLÍTICA DE PRIVACIDAD DE LA TARJETA DE CRÉDITO TARGET®
TARGET

| **Quiénes somos** | |
|---|---|
| ¿Quién proporciona este aviso? | Este aviso lo proporciona TD Bank únicamente en relación con su Tarjeta Target. Este aviso solamente es válido para su cuenta de Tarjeta Target emitida por TD Bank y no es válido para ninguna otra cuenta que tenga en TD Bank o sus afiliadas. |
| **Qué hacemos** | |
| ¿De qué modo protege TD Bank mi información personal? | A fin de proteger su información personal contra el acceso y el uso no autorizados, implementamos medidas de seguridad en cumplimiento con la ley federal. Estas medidas incluyen la protección de computadoras, archivos y edificios. |
| ¿De qué modo recopila TD Bank mi información personal? | Recopilamos información personal suya, por ejemplo, cuando usted:<br>- abre una cuenta o nos proporciona su información de contacto<br>- utiliza su tarjeta de crédito<br>- proporciona información de la cuenta<br>- nos paga mediante un cheque<br>También recopilamos información personal suya mediante terceros, como agencias de informes crediticios, afiliadas u otras empresas. |
| ¿Por qué no puedo limitar toda la información que se comparte? | La ley federal le otorga el derecho a limitar únicamente:<br>- la información que se comparte para el funcionamiento operativo diario de las afiliadas: información sobre su capacidad crediticia<br>  • *TD Bank no comparte este tipo de información con sus afiliadas a menos que otorgue su consentimiento*<br>  que las afiliadas utilicen su información para ofrecerle productos y servicios<br>  • *TD Bank no comparte información a sus afiliadas para ofrecerle productos y servicios a menos que usted otorgue su consentimiento.*<br>- la información que se comparte para que entidades no afiliadas le ofrezcan productos y servicios<br>Las leyes estatales y las empresas individuales pueden otorgarle derechos adicionales para limitar la información que se comparte. Consulte la siguiente información para obtener más detalles acerca de sus derechos según la ley estatal. |
| ¿Qué sucede cuando limito la información que se comparte de una cuenta que tengo en forma conjunta con otra persona? | Lo que usted determine será válido para todas las personas que figuren en la cuenta. |
| **Definiciones** | |
| Afiliadas | Empresas que están relacionadas por la propiedad en común o el control común. Pueden ser empresas financieras o no.<br>- *Las entidades afiliadas de TD Bank incluyen aquellas empresas que controlan a, son controladas por o están bajo control común con TD Bank US Holding Company o The Toronto-Dominion Bank.*<br>- *Las entidades afiliadas de Target incluyen aquellas empresas que controlan a, son controladas por o están bajo control común con Target Corporation.* |

Exhibit A
p. 51

| Razones por las cuales podemos compartir su información personal | ¿TD Bank comparte su información? | ¿Puede usted limitar la información que se comparte? |
|---|---|---|
| **Para nuestro funcionamiento operativo diario:**<br>por ejemplo, para procesar transacciones, mantener su(s) cuenta(s), responder a órdenes judiciales e investigaciones legales, o presentar informes ante las agencias de informes crediticios. | Sí | No |
| **Para nuestras iniciativas de mercadeo:**<br>para ofrecerle productos y servicios. | Sí | No |
| **Para iniciativas de mercadeo conjunto con otras empresas financieras.** | Sí | No |
| **Para el funcionamiento operativo diario de nuestras afiliadas:**<br>información sobre sus transacciones y experiencias. | Sí | No |
| **Para el funcionamiento operativo diario de nuestras afiliadas:**<br>información sobre su capacidad crediticia. | No | No compartimos la información, a menos que otorgue su consentimiento |
| **Para que nuestras afiliadas le ofrezcan sus productos y servicios.** | No | No compartimos la información, a menos que otorgue su consentimiento |
| **Para que entidades no afiliadas (distintas a Target y sus afiliadas) le ofrezcan sus productos y servicios.** | Sí | Sí |
| **Para que Target y sus afiliadas le ofrezcan productos y servicios. Nota:** Target es una entidad no afiliada a TD Bank. | Sí | Sí* |

| | |
|---|---|
| **Para limitar la información que compartimos** | Llame sin costo al 1-800-462-8731. El menú le indicará las opciones. O envíe por correo postal el siguiente formulario si no desea que TD Bank comparta su información personal con (1) no afiliados, que no sean Target y sus filiales, para ofrecerle productos y servicios, o (2) Target y sus afiliadas para que le ofrezcan sus productos y servicios*.<br><br>**Tenga en cuenta que**<br>si usted es un nuevo cliente, podremos comenzar a compartir su información después de 40 días a partir de la fecha en que enviemos este aviso. Cuando deje de ser cliente nuestro, podremos continuar compartiendo su información según lo descrito en este aviso.<br><br>Sin embargo, puede comunicarse con nosotros en cualquier momento para limitar la información que compartimos.<br><br>*Recuerde que, según lo permitido por la ley, compartimos información sobre usted con Target para el mantenimiento y la administración de su cuenta. La ley federal no le otorga derecho a limitar la información que compartimos para dicho fin. |
| **¿Tiene alguna pregunta?** | Llame sin costo al 1 (800) 659-2396. |

*Consulte el reverso para ver la continuación de la Política de privacidad de la tarjeta de crédito Target Credit Card.*

14

Rev. 3/16

**POLÍTICA DE PRIVACIDAD DE TD BANK PARA LA TARJETA DE CRÉDITO TARGET CREDIT CARD**

| HECHOS | ¿QUÉ HACE TD BANK USA, N.A. ("TD BANK") CON SU INFORMACIÓN PERSONAL COMO SOLICITANTE O COMO TITULAR DE UNA TARJETA DE CRÉDITO TARGET CREDIT CARD? |
|---|---|
| ¿Por qué? | Las empresas financieras eligen cómo compartir su información personal. La ley federal otorga a los consumidores el derecho a limitar una parte, pero no en la totalidad, de la información que se comparte. La ley federal también nos exige que le informemos cómo recopilamos, compartimos y protegemos su información personal. Lea este aviso con atención para entender lo que hacemos. |
| ¿Qué? | Los tipos de información personal que recopilamos y compartimos dependen del producto o servicio que le proporcionemos. Esta información puede incluir:<br>- número de seguro social e ingresos<br>- historial de pagos y saldos de cuentas<br>- historial crediticio y puntuaciones de riesgo crediticio<br>– transacciones de la cuenta |
| ¿Cómo? | Todas las empresas financieras necesitan compartir la información personal de sus clientes para su funcionamiento operativo cotidiano. En la siguiente sección, enumeramos las razones por las cuales las empresas financieras pueden compartir la información personal de sus clientes, las razones por las cuales TD Bank decide compartirla y si usted puede limitar la información que se comparte. |

Exhibit A
p. 53



# POLÍTICA DE PRIVACIDAD DE TD BANK PARA LA TARJETA DE CRÉDITO TARGET CREDIT CARD

- <u>Si no consideramos que ha habido un error:</u> Deberá pagar el monto en cuestión, junto con los intereses y cargos correspondientes. Le enviaremos un estado con el monto que adeuda y la fecha de vencimiento del pago. Entonces, podremos informar que se encuentra en mora si no paga el monto que creemos que adeuda.

Si recibe nuestra explicación, pero aún cree que la factura es incorrecta, deberá escribirnos en el término de *10 días* para informarnos que aún se niega a pagar. Si lo hace, no podremos informar que se encuentra en mora sin también informar que está cuestionando la factura. Deberemos proporcionarle el nombre de cualquier entidad a la cual le hayamos informado su morosidad, y deberemos informar a dichas entidades cuando hayamos resuelto el asunto entre nosotros.

Si no seguimos todas las reglas indicadas anteriormente, usted no tendrá la obligación de pagar los primeros $50 del monto cuestionado, incluso si la factura es correcta.

**Sus derechos si está insatisfecho con las compras efectuadas con la Tarjeta de Crédito**

Si está insatisfecho con los artículos o servicios que ha comprado con la tarjeta de crédito y ha intentado de buena fe resolver el problema con el comerciante, puede que tenga derecho a no pagar el monto restante adeudado por la compra.

Para hacer uso de este derecho, deben cumplirse todas las siguientes condiciones:

1. La compra deberá haberse efectuado en su estado de residencia o dentro de un radio de 100 millas de su dirección postal actual, y el precio de la compra deberá haber sido superior a los $50. (Nota: Ninguno de estos requisitos es necesario si la compra se efectuó a partir de un aviso publicitario que Target le envió por correo, o si Target o Target.com le vendió los artículos o servicios.)

2. Deberá haber utilizado la tarjeta de crédito para la compra.

3. Aún no deberá haber pagado la compra en su totalidad.

Si se cumplen todos los criterios mencionados y aún está insatisfecho con la compra, comuníquese con nosotros *por escrito* a:

Target Card Services
P.O. Box 1581
Minneapolis, MN 55440-1581

Durante nuestra investigación, se aplicarán al monto bajo reclamo las mismas reglas explicadas anteriormente. Una vez que finalicemos la investigación, le informaremos nuestra decisión. En ese momento, si creemos que debe algún monto y usted no efectúa el pago, podremos informar que se encuentra en mora.

Exhibit A
p. 55



# SUS DERECHOS DE FACTURACIÓN
## Conserve este documento para uso futuro

**TARGET**

**Este aviso le proporciona información acerca de sus derechos y nuestras responsabilidades según la Ley de Facturación Imparcial de Crédito.**

### Qué hacer si detecta un error en su estado de cuenta

Si cree que hay un error en su estado de cuenta, escríbanos a:

TD Bank USA, N.A.
c/o Target Card Services
P.O. Box 9500
Minneapolis, MN 55440

En su carta, incluya la siguiente información:

- *Información de la cuenta:* Su nombre y número de cuenta.
- *Monto en dólares:* El monto del supuesto error expresado en dólares.
- *Descripción del problema:* Si cree que hay un error en la factura, describa lo que considere incorrecto y el motivo por el que cree que se trata de un error.

Deberá comunicarse con nosotros:

- Dentro de los 60 días posteriores a la fecha en que el error haya aparecido en el estado de cuenta.
    - Como mínimo 3 días hábiles antes de la fecha para la cual se haya programado un pago automático si desea detener el pago del monto que cree que es incorrecto.

Deberá notificarnos de cualquier posible error *por escrito.* Puede llamarnos por teléfono, pero si lo hace no estaremos obligados a investigar ningún posible error, y puede que usted deba pagar el monto en cuestión.

### Qué ocurrirá una vez que recibamos su carta

**Cuando recibamos su carta, deberemos hacer dos cosas:**

1. Dentro de los 30 días posteriores a la recepción de la carta, deberemos informarle que la hemos recibido. También le informaremos si ya hemos corregido el error.

2. Dentro de los 90 días posteriores a la recepción de la carta, deberemos corregir el error o explicarle por qué creemos que la factura es correcta.

**Mientras investigamos si hubo un error o no:**

- No podremos intentar cobrar el monto en cuestión ni informar que usted se encuentra en mora con respecto a ese monto.

- El cargo en cuestión podrá permanecer en el estado de cuenta, y podremos continuar cobrándole intereses por ese monto.

- Si bien usted no tiene la obligación de pagar el monto en cuestión, sí será responsable del resto del saldo.

- Podemos aplicar cualquier monto adeudado contra su límite de crédito.

**Después de finalizar nuestra investigación, ocurrirá una de las siguientes situaciones:**

- Si cometimos un error: No tendrá que pagar el monto en cuestión ni ningún interés u otros cargos relacionados con dicho monto.

*11*

**legislación comercial del código anotado de Maryland, salvo que la ley federal tenga prioridad.** Si hubiera algún conflicto entre alguno de los términos y condiciones de este Contrato y la ley federal o estatal aplicable, este Contrato se considerará modificado en lo necesario a fin de cumplir con la ley.

14. **CAMBIO DE INFORMACIÓN PERSONAL**: Acepta informarnos inmediatamente sobre cualquier cambio en su nombre, su dirección o sus números de teléfono.

15. **CESIÓN DE LA CUENTA**: Podemos vender, ceder o transferir su Cuenta o cualquier otro concepto por cobrar creado en su Cuenta sin necesidad de notificación alguna. Registraremos cualquier transferencia en el sistema de registro de libros llevado por nosotros para su beneficio. Usted no puede vender, ceder o transferir la Cuenta sin nuestro consentimiento previo por escrito.

16. **AUSENCIA DE RENUNCIA A DERECHOS:** Podemos omitir o retrasar el ejercicio de cualquiera de nuestros derechos en virtud de este Contrato u otra ley aplicable sin que esto implique la pérdida de ninguno de esos derechos o recursos. Incluso si no ejercemos nuestros derechos o recursos en un determinado momento, podemos ejercerlos más adelante.

17. **MODIFICACIONES A ESTE CONTRATO:** Tenemos derecho a modificar este Contrato (lo que incluye agregar más términos) y a aplicar dichas modificaciones a cualquier saldo existente en la Cuenta según lo permita la ley. Le notificaremos dichos cambios según la ley vigente lo requiera.

18. **AUSENCIA DE GARANTÍAS:** Su Cuenta carece de garantías. No estamos tomando ninguna garantía sobre ningún bien en relación con la Cuenta.

19 **PRUEBAS:** Usted acepta que podemos utilizar una copia, microfilm, microficha o imagen digital de cualquier estado de cuenta periódico u otro documento para probar lo que nos adeuda, y que la copia, microfilm, microficha o imagen digital tendrá la misma validez que el original.

20 **TÍTULOS E INTERPRETACIONES:** Los títulos utilizados en este Contrato se proporcionan solo por una cuestión práctica. No afectan el significado de los párrafos de este Contrato.

21 **DIVISIBILIDAD:** Si se determina que alguna parte de este Contrato no es válida, el resto seguirá teniendo vigencia.

22. **CONTRATO COMPLETO:** Usted acepta que este Contrato (con las enmiendas y suplementos que pudieran añadirse ocasionalmente) y la solicitud constituyen la expresión final del Contrato entre usted y nosotros, y que este Contrato no podrá impugnarse mediante ninguna prueba de ningún acuerdo oral previo, simultáneo o posterior con un representante nuestro o un empleado de Target. Ni las tiendas Target ni los empleados de las tiendas Target tienen autoridad alguna para modificar, añadir o explicar los términos de este Contrato, a menos que se estipule expresamente en este Contrato.

**Usted puede, en cualquier momento que desee, abonar el saldo impago de la Cuenta en parte o en su totalidad sin incurrir en ningún cargo adicional por pago anticipado.**

AVISO PARA LOS RESIDENTES DE CALIFORNIA: El interés se calcula según los términos de este Contrato.

AVISO PARA LOS RESIDENTES DE NUEVA JERSEY: Dado que algunas de las disposiciones de este Contrato están sujetas a la ley vigente, es posible que no sean válidas, ejecutables o aplicables en ciertas jurisdicciones. Sin embargo, todas estas disposiciones son válidas, ejecutables y aplicables en Nueva Jersey.

AVISO PARA RESIDENTES DE WISCONSIN: Si no paga a tiempo en dos oportunidades en un período de 12 meses, podemos declarar adeudado y pagadero el Saldo Nuevo completo después de haberle dado el debido aviso por escrito y de que usted no haya corregido el incumplimiento dentro de los quince (15) días posteriores al aviso; sin embargo, no tendrá derecho a corregir el incumplimiento en caso de que ya se hayan corregido dos incumplimientos en los doce (12) meses anteriores.

*10*

10. **USO DE INFORMES DE CONSUMIDORES Y OBTENCIÓN DE INFORMACIÓN**: Podemos comprobar la información sobre usted o su historial crediticio con los datos que obtengamos de agencias de informes de consumidores (incluidas las oficinas de crédito) u otras. Podemos suministrar información sobre la Cuenta a agencias de informes crediticios. Los pagos atrasados y los no efectuados, así como también cualquier otro incumplimiento en su Cuenta, pueden reflejarse en su informe crediticio. También podemos suministrar información sobre usted, su Cuenta y nuestras experiencias con usted a agencias de informes del consumidor, agencias de informes crediticios, empresas afiliadas u otras entidades o personas según lo permitido por la ley y nuestra política de privacidad. Si usted no cumple con los términos de este Contrato, podemos presentar un informe desfavorable que se refleje en su historial crediticio ante una o más agencias de informes del consumidor. Si cree que hemos presentado información incorrecta sobre su Cuenta a una agencia de informes del consumidor, debe notificarnos al respecto enviando su número de Cuenta y una descripción de la información que crea incorrecta, junto con cualquier documentación que demuestre el error, como su informe crediticio, a Target Card Services, P.O.Box 673, Minneapolis, MN 55440-0673

11. **INCUMPLIMIENTO Y TERMINACIÓN DE LOS PRIVILEGIOS DE CRÉDITO**: Con sujeción a la ley vigente, estará incumpliendo este Contrato si infringe cualquiera de sus términos, no cancela el Pago Mínimo Adeudado antes de la Fecha de vencimiento del pago o entra en un proceso de quiebra o insolvencia. En caso de incumplimiento o fallecimiento, sujeto a la ley aplicable, podemos, a nuestra entera discreción: (a) reducir su Límite de Crédito; (b) terminar la Cuenta, en cuyo caso los términos de este Contrato seguirán vigentes hasta que se nos haya efectuado el pago completo; (c) exigir el pago inmediato del saldo total de la Cuenta, incluidos todos los cargos y cuotas relacionados descritos en este Contrato; (d) iniciar acciones legales en su contra para cobrar el dinero que nos deba; (e) cancelar los términos de cualquier crédito promocional; o (f) tomar cualquier otra medida permitida por la ley aplicable. Si referimos su Cuenta a un abogado para el cobro, deberá pagarnos todos los costos y gastos de dicho cobro, incluidos los honorarios de abogados y los costos judiciales, en la medida en que la ley no lo prohíba. Incluso si no se encuentra en estado de incumplimiento, nos reservamos el derecho a cancelar sus privilegios para obtener crédito con la Cuenta en cualquier momento. **En caso de terminación de este Contrato, ya sea por decisión suya o nuestra, usted continuará teniendo la obligación de pagar todos los montos adeudados en virtud de este Contrato y de cumplir todos los demás términos y condiciones del Contrato.**

12 **COMUNICACIONES CON USTED**: Nosotros o nuestros agentes podemos llamarlo por teléfono o enviarle un mensaje de texto por asuntos relacionados a su Cuenta. Acepta que podamos comunicarnos con usted por teléfono o mensaje de texto usando un aparato automático de llamadas/avisos. También acepta que podamos hacer dichas llamadas o enviar dichos mensajes de texto a un teléfono celular u otro dispositivo similar. Asimismo, acepta que, con fines de capacitación o de evaluación de la calidad del servicio, podemos escuchar y grabar las conversaciones telefónicas que tengamos con usted.

13. **LEY APLICABLE: Este Contrato se regirá por la ley federal aplicable y el derecho sustantivo del estado de Delaware (en la medida en que la ley federal no tenga prioridad) sin consideración de los principios de conflictos entre leyes o elección de la ley aplicable. En la medida en que algún tribunal determine que este Contrato está sujeto a la ley de Maryland en materia de créditos, usted y TD Bank acuerdan que la Cuenta se regirá por el título 12, subtítulo 9 del artículo sobre**

*9*

Los Cargos por Intereses sobre Compras comienzan a acumularse a partir de la fecha en que la Compra se incluye en el Saldo Diario. Sin embargo, si usted abonó el Saldo Nuevo que figuraba en su estado de cuenta anterior para la Fecha de Vencimiento del Pago de dicho estado de cuenta, (1) no aplicaremos Cargos por Intereses sobre Compras durante el período de facturación en curso si abona el Saldo Nuevo indicado en su estado de cuenta actual para la Fecha de Vencimiento del Pago de ese estado de cuenta, y (2) acreditaremos cualquier pago (en la medida en que se aplique a las Compras) a partir del primer día del ciclo de facturación en curso si efectúa un pago para la Fecha de Vencimiento del Pago que sea inferior al Saldo Nuevo del período de facturación en curso.

Si en su estado de cuenta anterior se indicaba un Saldo Nuevo y usted no abonó ese Saldo Nuevo para la Fecha de Vencimiento del Pago de ese estado de cuenta, no aplicaremos Cargos por Intereses sobre ninguna Compra durante el período de facturación en curso si abona el Saldo Nuevo que figura en su estado de cuenta actual para la Fecha de Vencimiento del Pago que figura en ese estado de cuenta.

Tenga en cuenta que, si su Cuenta posee un saldo promocional, esto puede afectar la forma en que debemos aplicar sus pagos y la posibilidad de que pueda aprovechar estos términos para los Cargos por Intereses sobre Compras.

CARGO MÍNIMO PARA EL PERÍODO DE FACTURACIÓN: Para cualquier período de facturación en que se aplique algún Cargo por Intereses a la Cuenta, el cargo mínimo por intereses será de $1.00.

8. **CARGOS:** Se pueden aplicar los siguientes cargos a su Cuenta.

- CARGO POR ATRASO EN EL PAGO: Deberá abonar un Cargo por Atraso en el Pago de $27.00 cuando cualquier monto adeudado quede sin pagar luego de la Fecha de Vencimiento del Pago. Cualquier Cargo por Atraso en el Pago subsiguiente será de $37.00 hasta que efectúe el Pago Mínimo Adeudado necesario a más tardar en la Fecha de Vencimiento del Pago durante seis períodos de facturación consecutivos. En cualquier caso, el Cargo por Atraso en el Pago no superará el monto del Pago Mínimo Adeudado correspondiente al período de facturación en que se atrasó en el pago.

- CARGO POR PAGO DEVUELTO: Deberá abonar $27.00 cada vez que una institución de depósito se niegue a pagarnos un cheque u otra orden de pago (incluidos los pagos electrónicos). En cualquier caso, el Cargo por Pago Devuelto no será superior al monto del Pago Mínimo Adeudado que se debía inmediatamente antes de la fecha en que el pago se nos devolvió.

- CARGO POR ENTREGA RÁPIDA: Siempre que lo solicite, agilizaremos la entrega de una tarjeta adicional o de repuesto para su Cuenta. Es posible que deba reembolsarnos hasta $25.00 por los gastos de envío y otros cargos que nos cobren otras entidades por este servicio.

- CARGO POR REPRODUCCIÓN DE DOCUMENTOS: Podemos cobrarle hasta $2.00 por cada documento duplicado de la Cuenta que reproduzcamos para usted a pedido suyo de acuerdo con la ley vigente. No le cobraremos por los duplicados que reproduzcamos para usted en relación con un aviso de errores en la facturación o en caso de que nuestra investigación indique un error en la facturación.

9. **ACEPTACIÓN Y CUMPLIMIENTO:** Podemos aceptar cartas, cheques, u otros tipos de pago que muestren "pago íntegro" o usar otro lenguaje para indicar el cumplimiento de su deuda ("Montos Disputados") sin renunciar a ningún derecho a recibir el pago íntegro bajo los términos de este Contrato. Usted se compromete a enviar cualquier Monto bajo Reclamo a la dirección para consultas sobre facturación del estado de cuenta.

*8*

6. **AUTORIZACIONES DE CRÉDITO**: Algunas transacciones requerirán nuestra autorización previa y tal vez se le solicite una identificación. Si nuestro sistema de autorización no funcionara, es posible que no podamos autorizar una transacción. No seremos responsables ante usted en cualquiera de estos casos o por la imposibilidad de autorizar una transacción. Tampoco somos responsables de que alguien se niegue a aceptar su Tarjeta.

7. **CARGOS por intereses**:

   • TASA DE PORCENTAJE ANUAL: Su Tasa de porcentaje anual y la Tasa diaria periódica correspondiente pueden variar con cambios en la Tasa Preferencial (Prime). Si recibió una tarjeta temporal para su Cuenta, la Tasa de porcentaje anual y la Tasa diaria periódica aplicables a su Cuenta están indicadas en ella. La tarjeta temporal forma parte de este Contrato. El portatarjetas que enviamos con su Tarjeta también indica la Tasa de porcentaje anual y la Tasa diaria periódica aplicables a su Cuenta y forma parte de este Contrato. Si la tasa preferencial (Prime) cambia, las Tasas de porcentaje anual indicadas en el portatarjetas y en su estado de cuenta pueden ser distintas a las que se indican en su tarjeta temporal.

   La Tasa de porcentaje anual (Annual Percentage Rate, "APR") y la Tasa diaria periódica (Daily Periodic Rate, "DPR") correspondiente se determinará sumando un margen a la Tasa Preferencial. La tasa preferencial "Prime Rate" corresponde a la Tasa Preferencial de EE.UU más alta publicada en la sección "Money Rates" de *The Wall Street Journal*. Para cada período de facturación, nos fijamos en la Tasa Preferencial (Prime) del último día hábil del mes calendario anterior. Cualquier cambio en la APR y la respectiva DPR entrará en vigor el primer día del período de facturación. Su tasa puede aumentar cuando aumente la Tasa Preferencial. Si las APR y DPR correspondientes aumentan, el Pago mínimo adeudado y el monto de los Cargos por intereses en su Cuenta también pueden aumentar.

   • COMPRAS: La APR para Compras se determina sumando un margen del 19.65 % a la Tasa Preferencial. Consulte su tarjeta temporaral para conocer la APR para compras y la respectiva DPR que se aplican a los períodos de facturación que finalizan en el mes en curso.

   • CÁLCULO DEL SALDO Y PAGO DE CARGOS POR INTERESES: Calculamos un Saldo Diario para su Cuenta. Es posible que separemos los saldos de Compras de los saldos de Compras en promociones especiales (cada uno, un "Tipo de Saldo") y calculemos un Saldo Diario para cada uno. Para determinar el Saldo Diario de un Tipo de Saldo, cada día tomamos el saldo inicial correspondiente al Tipo de Saldo, le sumamos cualquier cargo nuevo incluido en ese Tipo de Saldo y le restamos cualquier pago o crédito aplicado a ese Tipo de Saldo. Luego multiplicamos el saldo resultante por la Tasa Periódica Diaria correspondiente. El Cargo por Intereses diario resultante de este proceso se incluye en el saldo inicial de ese Tipo de Saldo para el día siguiente. Las Compras se incluyen en el Saldo diario en la fecha que resulte posterior entre la fecha de transacción y el primer día del período de facturación en que la Compra se registre en la Cuenta. Los cargos se incluyen en el Saldo Diario de Compras cuando se asientan en la Cuenta.

   Para calcular el Cargo por Intereses de su Cuenta para cada Tipo de Saldo, multiplicamos el Saldo Diario de cada Tipo de Saldo por la Tasa Periódica Diaria correspondiente para cada día del ciclo de facturación. Al final del período de facturación, sumamos los Cargos por Intereses diarios de todos los Tipos de Saldo para cada día del período de facturación para obtener el Cargo por Intereses total para ese período de facturación.

*Crédito*

*7*

3. **PROMOCIONES ESPECIALES:** Ocasionalmente, puede que se le ofrezca la oportunidad de utilizar la Tarjeta o Cuenta en relación con promociones especiales. Dichas promociones pueden estar sujetas a términos y condiciones adicionales o ser diferentes a las estipuladas en este Contrato, los cuales se describirán en la oferta de la promoción especial. Sin embargo, a menos que se indique lo contrario, todos los términos de este Contrato se aplicarán a cualquier promoción especial.

4. **PAGOS**: Nosotros le enviaremos un estado de cuenta cada mes en que su Cuenta tenga un saldo. Su estado de cuenta contendrá el monto que nos debe, denominado Saldo Nuevo, y el monto mínimo que ha aceptado pagarnos por ese período de facturación, denominado Pago Mínimo Adeudado. Si el pago de cualquier parte del Saldo Nuevo se atrasa, el estado de cuenta indicará el Monto atrasado. El estado de cuenta también le indicará la Fecha de vencimiento del pago.

El Pago Mínimo Adeudado de cada mes equivaldrá al mayor de los siguientes montos: a) $27.00; o b) la suma del 1 % del Saldo Nuevo (redondeado al siguiente número entero en dólares), cualquier Cargo por Intereses, cualquier Cargo por Pago Devuelto y cualquier Cargo por Atraso en el Pago. Podemos redondear su Pago Mínimo Adeudado a la unidad superior entera en dólares. En caso de haber algún Monto Atrasado, también lo sumaremos y lo incluiremos en el Pago Mínimo Adeudado. Si el Saldo Nuevo es inferior a $27.00, el Pago Mínimo Adeudado corresponderá al total del Saldo Nuevo. La asignación de los pagos mínimos se efectuará a nuestra discreción. Todo monto de pago que supere el pago mínimo se asignará según lo establecido por la ley aplicable.

Usted acepta pagarnos en dólares estadounidenses. Si paga con cheque, se debe girar de una institución depositaria ubicada en Estados Unidos. Si no paga el Saldo Nuevo en su totalidad, usted acepta pagar, al menos, el Pago Mínimo Adeudado antes de la Fecha de vencimiento del pago. Puede pagar el monto total adeudado en su Cuenta en cualquier momento. Los pagos se registran en su Cuenta de manera oportuna según lo exige la ley. Sin embargo, podemos demorar la restauración de su Límite de Crédito disponible en el monto del pago para asegurarnos de recibir los fondos.

Tenemos la opción de obtener el pago de cualquier cheque u otro instrumento que usted nos envíe iniciando una transferencia electrónica (incluso mediante la cámara de compensación automatizada [Automated Clearing House]) desde la cuenta que tenga en su institución depositaria por el monto de su cheque o instrumento. Ni nosotros ni su institución depositaria le devolveremos su cheque o instrumento. El cargo en la cuenta de su institución depositaria puede realizarse incluso el mismo día en el que recibamos su pago. Si no podemos procesar la transferencia electrónica, o si nos la devuelven, podemos presentar el cheque o instrumento financiero original, un cheque de reemplazo, una letra de cambio u otro instrumento similar para cobrar.

5. **USO NO AUTORIZADO**: Si se da cuenta de la pérdida o robo de su tarjeta o número de PIN, o posible uso no autorizado de la tarjeta o número de PIN, debe escribirnos de inmediato a

Target Card Services
 P.O. Box 1581
 Minneapolis, MN 55440-1581

También puede llamarnos al 1-800-659-2396.

Si nos notifica por teléfono, acepta confirmar su notificación por escrito. No es responsable por el uso no autorizado que se haga de la Cuenta. Acepta ayudarnos a determinar los hechos relacionados con cualquier robo o posible uso no autorizado de su Cuenta y cumplir con los procedimientos que pudiéramos requerir para nuestra investigación. Nosotros expedimos todas las tarjetas y debe devolver o destruir su Tarjeta si se lo solicitamos.



# CONTRATO DE LA TARJETA DE CRÉDITO
## TARGET CREDIT CARD™

Este Contrato describe los términos que usted acepta para su Cuenta de tarjeta de crédito Target Credit Card ("Cuenta"). Su firma en la solicitud de esta Cuenta —donde se incluye, entre otras cosas, toda firma electrónica o digital, como así también su firma en los recibos de compra o en cualquier documento relacionado con la Cuenta— representa su firma de este Contrato. El portatarjeta en que se le envió la tarjeta de crédito Target Credit Card forma parte de este Contrato. En este Contrato, los términos "nosotros", "nos", "nuestro(a)" y "TD Bank" hacen referencia a TD Bank USA, N.A., un banco nacional con sede central en Delaware, que es la entidad emisora de la tarjeta de crédito Target Credit Card, y sus sucesores y cesionarios. "Usted" y "su" significan todas las personas responsables de pago en esta Cuenta. El término "Tarjeta" hace referencia a la tarjeta de crédito Target Credit Card. El término "Target" se refiere a Target Corporation y sus afiliadas. "PIN" se refiere al número de identificación personal relacionado con su tarjeta y cualquier otro número de identificación personal que usa para autorizar una compra con la tarjeta, entre ellos, cualquier número de PIN o contraseña que usa para acceder a cualquier billetera móvil donde almacene su número de tarjeta. Usted comprende que TD Bank USA, N.A. es la entidad emisora y Target se reserva el derecho a administrar las cuentas y efectuar cobros en nombre de TD Bank.

1. **USO DE SU CUENTA**: Cuando usted solicita una Cuenta, usted se compromete a apegarse a los términos de este Contrato. Usted se compromete a pagarnos todo el crédito extendido bajo este Contrato y cualquier otro monto que nos adeude, conforme a los términos de este Contrato. Si la Cuenta es una Cuenta mancomunada, usted está obligado por este Contrato y se compromete a pagarnos, de manera conjunta e individual, y podría ser responsable de todos los montos que nos adeude en su Cuenta. También se compromete a pagarnos los cargos en que incurra cualquier persona autorizada a usar su Cuenta. Si entrega su Tarjeta a alguien y lo autoriza a usarla, debe recuperar la posesión para dar por terminada la autorización de uso. Esta Cuenta únicamente se puede usar para fines personales, familiares o domésticos. Usted acepta que no usará ni permitirá el uso de su Tarjeta o Cuenta para ninguna transacción o propósitos ilegales.

   Solo puede utilizar la Tarjeta para compras de artículos y servicios ("Compra(s)") en las tiendas Target ubicadas en Estados Unidos y en el sitio web Target.com. Se le puede solicitar que ingrese su número de PIN para completar una transacción. Se compromete a resguardar la tarjeta y todos los PIN para evitar el uso no autorizado.

2. **LÍMITE DE CRÉDITO**: Usted acepta que nosotros podemos fijar un límite de crédito para su Cuenta ("Límite de Crédito"). Usted acepta que podemos cambiar un Límite de Crédito en cualquier momento, por cualquier motivo no prohibido por la ley, incluyendo, entre otras cosas, cambios en su capacidad de crédito, su historial de pagos a nosotros, o sus hábitos de compras. También podemos cambiar un Límite de Crédito con base en la información que una agencia de informes de consumidores nos proporcione, incluyendo su calificación de riesgo en la agencia de informes de consumidores o información sobre cuentas de crédito que usted tenga con otras compañías. Podemos, pero no estaremos obligados a, aprobar transacciones que excedan su Límite de Crédito sin responsabilidad para usted y sin que ello nos obligue a hacerlo en el futuro. Usted acepta evitar que el saldo de su Cuenta exceda el Límite de Crédito correspondiente.

determinar su identidad y capacidad crediticia, y que la solicitud no contiene datos tergiversados. En caso de recibir la aprobación, usted acepta sujetarse a los términos y condiciones correspondientes a la cuenta.

**<u>Información para residentes de estados específicos</u>**

**Aviso para los residentes de California:**
Las personas casadas pueden solicitar cuentas separadas.

**Aviso para los residentes de Delaware:**
Se cobrarán cargos por servicio, sin exceder los montos máximos estipulados por la ley, sobre los saldos pendientes de pago de un mes a otro.

**Aviso para los residentes de Ohio**
La ley en contra de la discriminación del estado de Ohio requiere que todos los acreedores ofrezcan crédito a todos los clientes merecedores del mismo y que las agencias de informes del consumidor mantengan archivos de crédito para cada individuo, en el caso de que se solicite. La Comisión de Derechos Civiles de Ohio regula el cumplimiento de esta ley.

**Aviso para los residentes casados de Wisconsin**
Ninguna disposición de ningún acuerdo de bienes conyugales adquiridos en el matrimonio, declaración unilateral en virtud de la sección 766.59 de los estatutos de Wisconsin u orden judicial en virtud de la sección 766.70, incidirá negativamente en los intereses del acreedor —TD Bank USA, N.A.— a menos que, antes del otorgamiento del crédito, el Banco haya recibido una copia del acuerdo, la declaración o la orden en cuestión, o tenga conocimiento real de la disposición adversa en el momento en que se haya incurrido en la obligación hacia el acreedor.  SI SOY UN RESIDENTE CASADO, EL CRÉDITO EXTENDIDO EN ESTA CUENTA SE INCURRIRÁ EN INTERÉS DE MI MATRIMONIO O MI FAMILIA. Los solicitantes casados deberán proporcionar su número de seguro social y dirección, así como el nombre y la dirección del cónyuge, a Target Card Services, P.O. PO Box 673, Minneapolis, MN 55440.

### Aviso: información importante acerca de los procedimientos para abrir una nueva cuenta

Para colaborar con el gobierno en su lucha contra las actividades de financiación del terrorismo y el lavado de dinero, las leyes federales exigen que las instituciones financieras obtengan, verifiquen y registren información que identifique a cada persona que abre una cuenta.

¿Qué implica esto para usted? Cuando abra una cuenta, le pediremos su nombre, domicilio, fecha de nacimiento, número de teléfono, número de seguro social y otros datos que nos permitan identificarlo. También podemos solicitarle que presente su licencia de conducir u otros documentos de identificación.

### Información acerca de la solicitud de una Tarjeta de Crédito

Cuando firma o presenta una solicitud de crédito, usted da su consentimiento y autoriza a TD Bank USA, N.A. y sus sucesores, cesionarios, empleados y agentes designados a recabar información crediticia, de salario, empleo y otra información sobre usted, incluyendo los informes crediticios, a fin de evaluar su solicitud de crédito. Si se aprueba su solicitud y se le otorga un crédito, es posible que ocasionalmente tomemos medidas para volver a verificar una parte o la totalidad de dicha información —lo que incluye la posibilidad de solicitar más informes de agencias de informes crediticios— con cualquier objetivo legítimo relacionado con el otorgamiento del crédito, como revisar la cuenta, aumentar la línea de crédito o efectuar cobros. Además, proporcionaremos información sobre la cuenta a agencias de informes del consumidor y otras entidades o personas que puedan recibirla de manera adecuada. Si lo solicita, le informaremos si hemos solicitado algún informe de crédito sobre usted y, de haberlo hecho y si nos lo solicita, le daremos el nombre y la dirección de la agencia de informes del consumidor que nos lo proporcionó. Al presentar una solicitud de crédito, usted certifica que no ha ocultado información esencial para

*Crédito*

*3*

# Información importante sobre la cuenta de tarjeta de crédito

| Tasas de interés y cargos por intereses | |
|---|---|
| Tasa de porcentaje anual (Annual Percentage Rate, APR) por compras | **23.15 %**<br>Esta APR variará con el mercado según la tasa preferencial (Prime).<br>Si se le aprueba una cuenta, consulte el recibo de la tarjeta de crédito temporal para conocer la APR variable vigente. |
| Cómo evitar el pago de intereses | Su fecha de vencimiento es como mínimo 25 días después del cierre de cada ciclo de facturación. No le cobraremos interés por las compras si paga su saldo completo antes de la fecha de vencimiento cada mes. |
| Cargo por intereses mínimo | Si se le cobrara el interés, el cargo será no menos de $1.00. |
| Consejos sobre las tarjetas de crédito de la Oficina para la Protección Financiera del Consumidor | **Para obtener más información acerca de los factores que debe tener en cuenta al solicitar o utilizar una tarjeta de crédito, consulte el sitio web de la Oficina para la Protección Financiera del Consumidor: http://www.consumerfinance.gov/learnmore.** |

| Cargos | |
|---|---|
| Cargo anual | **Ninguno** |
| **Cargos por incumplimiento**<br>• Pago atrasado<br><br>• Pago devuelto | Hasta **$37**<br><br>Hasta **$27** |

**Cómo calcularemos su saldo:** Utilizamos un método denominado "saldo diario". Consulte el contrato de su cuenta para obtener más detalles.

**Derechos relacionados con la facturación:** En el contrato de su cuenta se proporciona información sobre sus derechos para reclamar transacciones y cómo ejercer dichos derechos.

**Podemos modificar los términos, incluida la APR, en cualquier momento según lo estipulado por la ley.**

Si se le aprueba una nueva cuenta de crédito, deberá utilizar esa cuenta para recibir el descuento del 5% de la  Tarjeta REDcard.

Al solicitar una tarjeta de crédito Target Credit Card, usted acepta proporcionar la información de contacto de su solicitud a TD Bank USA, N.A y Target Corporation para su uso, incluido el mercadeo.

**Aviso para residentes de Nueva York:** Los residentes de Nueva York pueden ponerse en contacto con el departamento de servicios financieros del estado de Nueva York por teléfono o consultando su sitio web para obtener información gratis de las tasas de comparación de crédito, los cargos y los períodos de gracia. Departamento de servicios financieros del estado de Nueva York: 1-800-342-3736 o http://www.dfs.ny.gov

# Índice



## TARJETA DE CRÉDITO TARGET CREDIT CARD 1-15

Información sobre la cuenta, contrato y aviso sobre derechos relacionados con la facturación de la tarjeta de crédito Target Credit Card. . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1–12

Política de privacidad de la tarjeta de crédito Target Credit Card . . . . . . . . . . . . . . . . . . 13–15

## TARJETA DE DÉBITO TARGET DEBIT CARD  16–25

Contrato y aviso sobre corrección de errores de la tarjeta de débito Target Debit Card . . . . . 16–22

Política de privacidad de la tarjeta de débito Target Debit Card  . . . . . . . . . . . . . . . . . 23–25

## REGLAS DEL PROGRAMA 26

## Información sobre la cuenta, contrato y aviso sobre derechos relacionados con la facturación de la tarjeta de crédito Target Credit Card™

Información sobre la cuenta, contrato y aviso sobre derechos relacionados con la facturación de la tarjeta de crédito Target Credit Card . . . . . . . . . . . . . . . . . . . . . . . . 1–12

Política de privacidad de la tarjeta de crédito Target Credit Card . . . . . . . . . . . . . . . . . . 13–15

Abra para leer información importante sobre los cargos y tasas de la tarjeta de crédito. 

*1*



Tarjetas **REDcard™:** tarjeta de débito Target Debit Card™, tarjeta de crédito Target Credit Card™, y tarjeta de crédito Target™ MasterCard®. Sujetas a la aprobación de la solicitud (no se aceptan nuevas solicitudes para la tarjeta de crédito Target MasterCard). TD Bank USA, N.A. es la entidad emisora de las tarjetas de crédito REDcard (tarjeta de crédito Target Credit Card, tarjeta de crédito Target MasterCard). Target Corporation es la entidad emisora de la tarjeta de débito REDcard. MasterCard es una marca registrada de MasterCard International, Inc. Patentes 7,562,048 y 8,117,118.
©2016 Target Brands, Inc. Target y el diseño del Tiro al Blanco son marcas registradas de  Target Brands,  Inc. C-000048-03-004 GS8373(03/16)



GS8373 (R03/16)

9802000004031614

Proporcione a
los solicitantes





**Contrato,
información y
reglas del programa
importantes de la tarjeta
REDcard**

◀ **Flip for English.**