JEFFREY KALIEL (SBN 238293)
SOPHIA GOREN GOLD (SBN 307971)
**KALIEL PLLC**
1875 Connecticut Ave. NW, 10th Floor
Washington, DC  20009
Phone: (202) 350-4783
jkaliel@kalielpllc.com
sgold@kalielpllc.com

JEFFREY OSTROW (admitted *pro hac vice*)
JOSHUA R. LEVINE (admitted *pro hac vice*)
**KOPELOWITZ OSTROW**
**FERGUSON WEISELBERG GILBERT**
One West Las Olas Blvd, 5th Floor
Fort Lauderdale, FL 33301
Telephone: (954) 525-4100
Facsimile: (954) 525-4300
*ostrow@kolawyers.com*
*levine@kolawyers.com*

*Counsel for Plaintiff and the Proposed Class*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES WALTERS, *on Behalf of Himself and Those Similarly Situated*<br><br>Plaintiff,<br><br>vs.<br><br>TARGET CORP.,<br><br>Defendant. | CASE NO. 3:16-CV-01678-L-MDD<br><br>**PLAINTIFF JAMES WALTERS' NOTICE OF RELATED CASES**<br>Judge: Hon. M. James Lorenz<br>Courtroom: 5B |

## NOTICE OF RELATED CASES

TO THE CLERK OF THIS COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD: PLEASE TAKE NOTICE that, pursuant to Local Rule 40.1(f), the above-captioned case ("Walters v. Target Corp.") is related to Michelle

Dixon and Charles Powell, on behalf of themselves and all others similarly situated v. Target Corp., D. Minn. 8-cv-02660 ("Dixon v. Target Corp."). Local Rules 40.1(f)–(g) defines as related action as multiple proceedings "in this or any other federal or state court (whether pending, dismissed, or otherwise terminated)," on file in this or any other federal or state court" which: (1) Involve some of the same parties and are based on the same or similar claims, or (2) Involve the same property, transaction, or event, or (3) Involve substantially the same facts and the same questions of law. This case is related to Dixon v. Target Corp., because they involve the same corporate defendant, and are seeking to certify a class of Target consumers based on the same or similar claims and involve substantially the same facts and the same questions of law. They are also being prosecuted by some of the same counsel, and will presumably be defended by the same counsel.

DATED: September 28, 2018          Respectfully submitted,

By:   /s/ Joshua R. Levine

**KOPELOWITZ OSTROW FERGUSON WEISELBERG GILBERT**
JEFF OSTROW
Florida Bar No. 121452
ostrow@kolawyers.com
JOSHUA R. LEVINE,
Florida Bar No. 91807
levine@kolawyers.com
One West Las Olas, 5th Floor
Fort Lauderdale, FL 33301
Telephone: (954) 525-4100
Facsimile: (954) 525-4300
(*pro hac vice*)

000001/01107189_1

| | |
|---|---|
| 1 | JEFFREY KALIEL (SBN 238293) |
| 2 | SOPHIA GOREN GOLD (SBN 307971) |
|   | **KALIEL PLLC** |
| 3 | 1875 Connecticut Ave. NW, 10th Floor |
|   | Washington, DC  20009 |
| 4 | Phone: (202) 350-4783 |
|   | jkaliel@kalielpllc.com |
| 5 | sgold@kalielpllc.com |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |