JAMES R. McGUIRE (BAR NO. 189275)
Email: JMcGuire@mofo.com
LAUREN WROBLEWSKI (BAR NO. 291019)
Email: LWroblewski@mofo.com
MORGAN D. MacBRIDE (BAR NO. 301248)
Email: MMacBride@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

SYLVIA RIVERA (SBN 223203)
Email: SRivera@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone: (213) 892-5200
Facsimile: (213) 892-5454

Attorneys for Defendant
TARGET CORPORATION

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES WALTERS, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TARGET CORP.,<br><br>　　　　　Defendant. | Case No. 3:16-cv-1678-L-MDD<br><br>**NOTICE OF SETTLEMENT** |

sf-4019210

1  Plaintiff James Walters and Defendant Target Corporation, through their
2  respective undersigned counsel, hereby notify the Court that they have reached an
3  agreement in principle to resolve this matter as well as the related and later filed
4  *Dixon v. Target Corp.*, No. 18-cv-02660, (D. Minn.).  The proposed settlement will
5  be memorialized in a complete written settlement agreement and related documents,
6  which the parties will file with the Court as part of a motion for preliminary
7  approval pursuant to Rule 23 of the Federal Rules of Civil Procedure.  The parties
8  anticipate that the motion for preliminary approval will be filed in this Court in
9  approximately 30 days.

10  Based on the foregoing, the parties respectfully request that all current
11  deadlines set forth in the Court's Briefing Schedule (ECF No. 145) and decisions
12  on the pending Motion for Summary Judgment (ECF No. 90) and Motion for Class
13  Certification (ECF No. 98) be suspended.

Dated:  April 29, 2019            MORRISON & FOERSTER LLP

                                  By:   */s/James R. McGuire*
                                        James R. McGuire

                                        Attorneys for Defendant
                                        TARGET CORPORATION

Dated:  April 29, 2019            KALIEL PLLC

                                  KOPELOWITZ OSTROW
                                  FERGUSON WEISELBERG GILBERT

                                  By:   */s/ Jeff Ostrow*
                                        Jeff Ostrow
                                        Attorneys for Plaintiff
                                        JAMES WALTERS

sf-4019210

## **ECF ATTESTATION**

Pursuant to local rules I, James R. McGuire, attest that Jeff Ostrow—the other signatory listed in the foregoing document, and on whose behalf the document is being submitted—concurs in the document's contents and has authorized its filing.

/s/ *James R. McGuire*
James R. McGuire

sf-4019210