1   JAMES R. McGUIRE (BAR NO. 189275)
    Email:  JMcGuire@mofo.com
2   LAUREN L. ERKER (BAR NO. 291019)
    Email:  LErker@mofo.com
3   MORGAN D. MacBRIDE (BAR NO. 301248)
    Email:  MMacBride@mofo.com
4   MORRISON & FOERSTER LLP
    425 Market Street
5   San Francisco, California  94105-2482
    Telephone:  415.268.7000
6   Facsimile:  415.268.7522

7   SYLVIA RIVERA (CA SBN 223203)
    Email:  SRivera@mofo.com
8   MORRISON & FOERSTER LLP
    707 Wilshire Boulevard
9   Los Angeles, California 90017-3543
    Telephone:  (213) 892-5200
10  Facsimile:  (213) 892-5454

11  Attorneys for Defendant
    TARGET CORPORATION

12

13              UNITED STATES DISTRICT COURT

14              SOUTHERN DISTRICT OF CALIFORNIA

15

16  JAMES WALTERS, an individual,          Case No.   3:16-cv-1678-L-MDD

17                 Plaintiff,
                                           **TARGET CORPORATION'S
18       v.                                STATEMENT OF NON-
                                           OPPOSITION TO
19  TARGET CORP.,                          PLAINTIFFS' MOTION FOR
                                           PRELIMINARY APPROVAL
20                 Defendant.              OF CLASS SETTLEMENT
                                           AND FOR CERTIFICATION
21                                         OF SETTLEMENT CLASS**

22                                         Judge: Hon. M. James Lorenz
                                           Courtroom:  5B
23                                         Hearing:  July 29, 2019

24                                         **No Oral Argument Unless
                                           Requested By the Court**

25

26

27

28

1

**STATEMENT OF NON-OPPOSITION**

2

     Defendant Target Corporation submits this Statement of Non-Opposition to

3

inform the Court that it does not oppose Plaintiffs' motion, filed on June 19, 2019,

4

for an order granting preliminary approval.

5

Dated: July 15, 2019          MORRISON & FOERSTER LLP

6

7

                   By:   */s/ James R. McGuire*
                         James R. McGuire

8

9

                       Attorneys for Defendant
                       TARGET CORPORATION

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

sf-4045531