

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| James Walters, on Behalf of Himself and Those Similarly Situated<br><br>**Plaintiff,**<br><br>V.<br><br>Target Corp.<br><br>**Defendant.** | Civil Action No.   16-cv-01678-L-MDD<br><br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Plaintiffs' motion for final approval of class action settlement is granted.

Date:   10/26/20

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/ J. Petersen

J. Petersen, Deputy